UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHI CHEN, *et al.*,

    Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION, *et al.*,

    Defendants.

CASE NO. 2:16-cv-01109-RSM

**STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF BIN XU**

## I. STIPULATION

TO: THE CLERK OF THE COURT; and

TO: All Attorneys of Record.

PLEASE TAKE NOTICE that Benjamin I. VandenBerghe and Michelle E. Kierce of the law firm Montgomery Purdue Blankinship & Austin PLLC, and Matthew Sava and Han Liang of the law firm Reid & Wise LLC hereby withdraw as counsel for Plaintiff Bin Xu, and that Steven O. Fortney and Lawrence C. Locker of the law firm Summit Law Group, and Michael D. Black, Rita M. Cornish, and April M. Medley of the law firm Parr Brown Gee & Loveless P.C. hereby substitute and appear as the attorneys of record for Bin Xu, a Plaintiff in the above-captioned case, effective as of the date ordered by this Court. All further pleadings, except original service of process, should be served on substituting counsel in accordance with the Court's rules for electronic filing and service.

STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF BIN XU - 1

CASE NO. **2**:16-cv-01109-RSM

4813-8381-0120 v.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   This stipulation and proposed order have been served on the client and all counsel pursuant
2   to LCR 83.2(b)(1).

3   DATED this 19th day of July, 2017.

***Substituting Counsel***,

SUMMIT LAW GROUP, PLLC
*Substituting Counsel for Plaintiff Bin Xu*

By */s/ Steven O. Fortney*
  Steven O. Fortney, WSBA #44704
  Lawrence C. Locker, WSBA #15819
  SUMMIT LAW GROUP PLLC
  315 Fifth Avenue S., Suite 1000
  Seattle, WA  98104-2682
  *stevef@summitlaw.com*
  *larryl@summitlaw.com*

By */s/ Michael D. Black*
  Michael D. Black, UT 9132 (*Pro hac vice*)
  Rita M. Cornish, UT 11293 (*Pro hac vice*)
  April M. Medley, UT 16102 (*Pro hac vice*)
  PARR BROWN GEE & LOVELESS P.C.
  101 S. 200 E., Suite 700
  Salt Lake City, UT  84111
  *mblack@parrbrown.com*
  *rcornish@parrbrown.com*
  *amedley@parrbrown.com*

***Withdrawing Counsel:***

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
*Withdrawing Counsel for Plaintiff Bin Xu*

By */s/Ben I. VandenBerghe*
  Ben I. VandenBerghe
  Michelle E. Kierce
  MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
  5500 Columbia Center
  701 Fifth Avenue
  Seattle, WA 98104

By */s/ Matthew Sava*
  Matthew Sava

---

STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF BIN XU - 2

CASE NO. **2**:16-cv-01109-RSM

4813-8381-0120 v.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

|   |   |
|---|---|
| 1 | Han Liang |
| 2 | REID & WISE LLC |
|   | One Penn Plaza, Suite 2015 |
|   | New York, NY 10119 |

**Counsel for Defendants:**

DORSEY & WHITNEY LLP
*Attorneys for U.S. Bank National Association*

By */s/ Shawn Larsen-Bright*
    Peter S. Ehrlichman, WA #6591
    Shawn Larsen-Bright, WA #37066
    Andrea Yang, WA #50613
    DORSEY & WHITNEY LLP
    701 Fifth Avenue, Suite 6100
    Seattle, WA  98104

MCKAY CHADWELL, PLLC
*Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC, Idaho State Regional Center, LLC, and Sima Muroff*

By */s/ Thomas M. Brennan*
    Thomas M. Brennan
    Krysta A. Liveris
    MCKAY CHADWELL, PLLC
    600 University Street, Suite 1601
    Seattle, WA 98101-4124

By */s/ Eric B. Swartz*
    Eric B. Swartz
    JONES & SWARTZ PLLC
    623 W. Hays Street
    Boise, ID 83702

---

STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF BIN XU - 3

CASE NO. **2**:16-cv-01109-RSM

4813-8381-0120 v.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

## II. ORDER

**IT IS SO ORDERED** this 20th day of July 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

SUMMIT LAW GROUP, PLLC

   */s/ Steven O. Fortney*
Steven O. Fortney, WSBA #44704
Lawrence C. Locker, WSBA #15819
SUMMIT LAW GROUP PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682
*stevef@summitlaw.com*
*larryl@summitlaw.com*

STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF BIN XU - 1

CASE NO. **2**:16-cv-01109-RSM

4813-8381-0120 v.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001