THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, PI-CHUAN CHANG, PI-SHAN CHANG, SHUQIN CHEN, XIANGLI CHEN, BINGXIN FAN, QIANG GUO, JINSONG HUANG, LIHUA HUANG, JIAPING JIANG, XIAOWEN JIN, CHENMIN LI, JINGHAN LI, YUN LIU, XIAOWEN PAN, XIAOLI SONG, JINGUO WANG, JIE XIONG, BIN XU, LU YU, QIANG ZHAO, YANYI ZHAO, WENQUAN ZHI, QUAN ZHOU, YIQIN CHEN, KE LI, MING LI, LEI WANG, and ZHISHENG YUAN,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>Defendants. | NO. 2:16-cv-01109-RSM<br><br>**JOINT STATUS REPORT AND STIPULATED MOTION AND ORDER TO STRIKE CASE SCHEDULE AND TRIAL DATE** |

STIPULATED MOTION AND ORDER TO
STRIKE CASE SCHEDULE
2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

All parties to this action (the "Parties") hereby respectfully submit this Joint Status Report and Stipulated Motion to Strike Case Schedule and Trial Date. As set forth herein, the Parties stipulate to and jointly request that the current case schedule and trial date be stricken, with the Parties to submit a further joint status report within ninety days. Good cause, including judicial economy and efficiency for the parties, supports this stipulated motion.

Case Background

This case and its companion case (*Chi Chen et al. v. U.S. Bank National Association et al.*, Case No. 2:16-cv-1109-RSM, and *Mao et al. v. U.S. Bank National Association et al.* (Case No. 2:16-cv-1113-RSM), arise from an EB-5 immigration project and investment known as Quartzburg Gold, L.P. ("Quartzburg").[1] The EB-5 program is a legal mechanism under which foreign nationals can apply for immigration preferences by making investments in job-creating enterprises in the United States. Plaintiffs are foreign citizens who deposited $500,000 each to participate in this EB-5 project. The "Quartzburg Defendants" include Quartzburg (the limited partnership into which the Plaintiffs would invest); ISR Capital, LLC (the general partner of Quartzburg); Sima Muroff (the principal of ISR Capital, LLC); and Idaho State Regional Center, LLC (an affiliated entity that was the designated regional center for the Quartzburg EB-5 investment). Defendant U.S. Bank National Association was the escrow agent with respect to the Quartzburg escrow account into which Plaintiffs deposited their funds.

Plaintiffs' immigration petitions associated with their participation in Quartzburg were initially denied by United States Citizenship and Immigration Services ("USCIS"). As discussed below, a lawsuit was successfully waged against USCIS by a group of investors, including many Plaintiffs, leading to a remand for further action by the government, which is currently pending.

Meanwhile, cases that were brought against Defendants remain pending before this Court. Plaintiffs allege that their investment decision was procured by fraud and that their escrowed funds were improperly and prematurely released to Quartzburg. Defendants deny all liability.

Initial Case Schedule and Trial Date

---

[1] Substantively identical versions of this stipulated motion are being filed in both the *Chen* and the *Mao* cases.

STIPULATED MOTION TO STRIKE
CASE SCHEDULE    1
2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

On December 28, 2016, the Parties submitted their Joint Status Report and Discovery Plan. *See* Dkt. 77 (*Chen*); Dkt. 70 (*Mao*). The Parties jointly anticipated that the cases would be ready for trial by September 2018, estimated the trials to require twenty days, and requested that the trials of the two companion cases be set consecutively. *Id.* On January 6, 2017, this Court entered Orders Setting Trial Date and Related Dates ("Case Schedule") in the two cases, setting September 10, 2018 as the trial date in *Chen* and October 1, 2018 as the trial date in *Mao*. *See* Dkt. 78 (*Chen*); Dkt. 72 (*Mao*).

Subsequent Events

Shortly after some initial discovery commenced, several subsequent events occurred that caused the parties to slow the pace of discovery and associated expense, particularly including the following.

*USCIS Litigation.* On March 10, 2017, the United States District Court for the District of Columbia issued a pertinent ruling (Dkt. 104) in the ongoing litigation *John Doe et al. v. USCIS*, (D.D.C. Case No. 1:15-cv-00273) (the "USCIS Litigation"). Like the Plaintiffs in the cases pending before this Court, the plaintiffs in the USCIS Litigation are foreign citizens seeking conditional permanent residence in the U.S. as a result of their participation in the Quartzburg EB-5 program. Indeed, some of the plaintiffs in the USCIS Litigation are also Plaintiffs in the cases before this Court. The plaintiffs in the USCIS Litigation had challenged the decision of USCIS to deny their immigration petitions under the EB-5 program as arbitrary and capricious, not supported by substantial evidence, and beyond the scope of USCIS's statutory authority. The Court in the USCIS Litigation issued a ruling in plaintiffs' favor, granting-in-part the plaintiffs' challenges to the denials of their immigration petition, and remanding the issue to USCIS for further consideration. This ruling in the USCIS Litigation further raised the possibility that the individuals who participated in the Quartzburg EB-5 investment offering could ultimately obtain approvals of their immigration petitions, which could significantly impact the cases pending before this Court. The USCIS Litigation remains pending and USCIS has re-opened the immigration petitions of the foreign investors in Quartzburg and is reevaluating the petitions ("USCIS Remand"). This process

STIPULATED MOTION TO STRIKE
CASE SCHEDULE      2
2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

has been ongoing over the last nine months. It is currently anticipated that USICS will issue new decisions following remand in approximately the early Spring of 2018. *See* USCIS Litigation, Dkt. 124.

*SEC Action.* In addition, on April 28, 2017, the Securities and Exchange Commission ("SEC") filed a Complaint against two of the Quartzburg Defendants (ISR Capital, LLC and Sima Muroff) and certain other parties. *See generally SEC v. Muroff et al.* (District of Idaho Case No. 1:17-cv-00180) (the "SEC Action"). The defendants in the SEC Action entered into consent judgments concurrently with the filing of the Complaint. Final judgments were entered in May 2017. The judgments required certain actions of the defendants and imposed certain obligations pertaining to Quartzburg and affiliated entities, including the appointment of an Independent Manager as well as a separate Monitor. *See* SEC Action, Dkt. 6. These matters are also ongoing.

<u>Joint Request to Strike Case Schedule</u>

The Parties hereto have believed and continue to believe that events occurring in the related proceedings, including the USCIS Litigation, USCIS Remand, and SEC Action could materially impact the parties' claims and defenses, and the procedural posture of the cases before this Court. For example, if the ultimate result of the USCIS Litigation and/or USCIS Remand were that the immigration petitions of the Quartzburg investor-plaintiffs were approved, that could have a very significant impact on the claims being asserted in the cases before this Court.

As a result, during much of 2017, the Parties agreed amongst themselves to pause ongoing discovery to avoid potentially needless burden and expense while the USCIS Litigation and related matters were proceeding. The Parties entered into a series of informal stays, from May through December, to allow further progress in the related matters. The Parties have further agreed to continue to hold off on discovery and to submit this stipulated motion. The Parties believe that, in light of the potential material impacts of the related matters, continuing to hold off on further discovery for the time being remains appropriate and in the best interests of the Parties. The Parties also agree that the current Case Schedule and trial date is no longer feasible or appropriate given the events that have occurred since the Case Schedule was established. In light of the current

STIPULATED MOTION TO STRIKE
CASE SCHEDULE        3
2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1 uncertainty about the timing of other related matters, the Parties are not in a position at this moment
2 to propose or present their positions as to a new case schedule, but anticipate being in a position
3 to do so within ninety days.
4     Accordingly, for the reasons set forth herein and for purposes of efficiency for the Parties
5 and judicial economy, the Parties stipulate to and jointly request that the current Case Schedule
6 and trial date be stricken, with the Parties to submit a further joint status report and new proposed
7 case schedule and trial date within ninety days.

STIPULATED MOTION TO STRIKE
CASE SCHEDULE    4
2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Stipulated and Respectfully Submitted this 28th day of December, 2017.

| | |
|---|---|
| */s/ Shawn Larsen-Bright* | */s/ Michael Black (per email authorization)* |
| Peter Ehrlichman, WSBA #6591 | Michael Black, *admitted pro hac vice* |
| Shawn Larsen-Bright, WSBA #37066 | Rita M. Cornish, *admitted pro hac vice* |
| Dorsey & Whitney LLP | April M. Medley, *admitted pro hac vice* |
| 701 Fifth Avenue, Suite 6100 | Parr Brown Gee & Loveless |
| Seattle, WA 98104-7043 | 101 South 200 East, Suite 700 |
| (206) 903-8800 | Salt Lake City, UT 84111 |
| ehrlichman.peter@dorsey.com | mblack@parrbrown.com |
| larsen.bright.shawn@dorsey.com | rcornish@parrbrown.com |
| *Attorneys for Defendant U.S. Bank National Association* | amedley@parrbrown.com |
| | and |
| | Lawrence Carl Locker, WSBA #15819 |
| | Steven O. Fortney, WSBA # 44704 |
| | Summit Law Group |
| | 315 Fifth Avenue South, Suite 1000 |
| | Seattle, WA 98104-2682 |
| | (206) 676-7000 |
| | larryl@summitlaw.com |
| | stevef@summitlaw.com |
| | *Attorneys for Plaintiffs* |

*/s/ Eric Swartz (per email authorization)*
Eric B. Swartz, *admitted pro hac vice*
Jones & Swartz PLLC
623 W. Hays Street
Boise, ID 83702
(208) 489-8989
eric@jonesandswartzlaw.com
    and
Thomas M. Brennan, WSBA #30662
P.O. Box 1384
Edmonds, WA 98026
(425) 967-3550
tom@brennanlegalpllc.com

*Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC, Idaho State Regional Center, LLC, and Sima Muroff*

STIPULATED MOTION TO STRIKE
CASE SCHEDULE     5
2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The case schedule and trial date in this case are hereby stricken. The Parties are directed to submit a further joint status report together with a proposed case schedule within ninety (90) days of the date of this Order.

Dated this 2 day of January 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO STRIKE
CASE SCHEDULE    6
2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820