UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; et al.,<br><br>    Defendant. | No. 2:16-cv-01109-RSM<br><br>STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANTS QUARTZBURG GOLD, LP; IRS CAPITAL, LLC; AND IDAHO STATE REGIONAL CENTER |

TO: THE CLERK OF THE COURT; and

TO: All Attorneys of Record.

PLEASE TAKE NOTICE that Eric B. Swartz of the law firm Jones & Swartz PPLC and Thomas Brennan of the law firm Brennan Legal PPLC withdraw as counsel for defendants Quartzburg Gold, LP; ISR Capital, LLC; and Idaho State Regional Center, LLC, and that Sean Knowles, Austin Rice-Stitt, and Sean Prosser of the law firm Perkins Coie LLC hereby substitute and appear as the attorneys of record for defendants Quartzburg Gold, LP; ISR Capital, LLC; and Idaho State Regional Center, LLC in the above-captioned case, effective as of the date ordered by this Court. All further pleadings, except original process, should be served on substituting counsel in accordance with the Court's rules for electronic filing and service.

This stipulation and proposed order have been served on the client and all counsel pursuant to LCR 83.2(b)(1).

DATED February 7, 2018.

*Substituting Counsel:*

s/ Sean Knowles, WSBA No. 39893
s/ Austin Rice-Stitt, WSBA No. 42166
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKnowles@perkinscoie.com
E-mail: ARiceStitt@perkinscoie.com

Sean Prosser (*Pro Hac Vice* forthcoming)
**Perkins Coie LLP**
11988 El Camino Real
Suite 350
San Diego, CA 92130-2594
Telephone: 858.720.5700
Facsimile: 858.720.5799
E-mail: SProsser@perkinscoie.com

*Attorneys for Defendants Quartzburg Gold, LP; ISR Capital, LLC; and Idaho State Regional Center, LLC*

STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
(No. 2:16-cv-01109 RSM) – 2

*Withdrawing Counsel:*

s/ Eric B. Swartz
**Jones & Swartz PLLC**
623 West Hays
Boise, ID 83702
Telephone: 208.489.8988
Email: eric@jonesandswartzlaw.com

s/ Thomas Matthew Brennan
**Brennan Legal PLLC**
P.O. Box 1384
Edmonds, WA 98026
Telephone: 425.967.3550
Email: tom@brennanlegalpllc.com


*Counsel for Plaintiffs*:

s/ Michael D. Black
   April M. Medley
   Rita Cornish
**Parr Brown Gee & Loveless, P.C.**
101 S. 200 E, STE 700
SALT LAKE CITY, UT 84111
Telephone: 801.532.7840
Email: mblack@parrbrown.com
Email: amedley@parrbrown.com
Email: rcornish@parrbrown.com

s/ Steven O. Fortney
s/ Lawrence C. Locker
Steven O. Fortney
Lawrence Carl Locker
**Summit Law Group**
315 5th Ave. S., STE 1000
Seattle, WA 98104
Telephone: 206.676.7000
Email: stevef@summitlaw.com
Email: larryl@summitlaw.com

## II. ORDER

It is so ordered.

DATED this 12 day of February 2018.

                                            RICARDO S. MARTINEZ
                                            CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Sean C. Knowles, WSBA No. 39893
s/ Austin J. Rice-Stitt, WSBA No. 42166
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKnowles@perkinscoie.com
E-mail: ARiceStitt@perkinscoie.com

Sean T. Prosser (*pro hac vice* application forthcoming)
**Perkins Coie LLP**
11988 El Camino Real
Suite 350
San Diego, CA 92130-2594
Telephone: 858.720.5700
Facsimile: 858.720.5799
E-mail: SProsser@perkinscoie.com

*Attorneys for Defendants*
*Quartzburg Gold, LP;*
*ISR Capital, LLC; and*
*Idaho State Regional Center, LLC*