UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, PI-CHUAN CHANG, PI-SHAN CHANG, SHUQIN CHEN, XIANGLI CHEN, BINGXIN FAN, QIANG GUO, JINSONG HUANG, LIHUA HUANG, JIAPING JIANG, XIAOWEN JIN, CHENMIN LI, JINGHAN LI, YUN LIU, XIAOWEN PAN, XIAOLI SONG, JINGUO WANG, JIE XIONG, BIN XU, LU YU, QIANG ZHAO, YANYI ZHAO, WENQUAN ZHI, QUAN ZHOU, YIQIN CHEN, KE LI, MING LI, LEI WANG, and ZHISHENG YUAN,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; AND SIMA MUROFF,<br><br>Defendants. | CASE NO. C16-1109 RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE (FED. R. CIV. P. 42(a)) |

Before the Court is the STIPULATED MOTION TO CONSOLIDATE MATTERS C16-1109 RSM AND C16-1113 RSM (the "Motion"). Having reviewed the stipulated Motion and noting Defendants' consent to the filing of the amended pleading, the Court GRANTS the Motion to Consolidate and ORDERS matters C16-1109 RSM and C16-1113 RSM consolidated under the

ORDER GRANTING PLAINTIFF'S MOTION TO
CONSOLIDATE (FED. R. CIV. P. 42(a))
 - 1
CASE NO. C16-1109 RSM

4830-0019-7173.v1

Summit Law Group pllc
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

C16-1109 RSM. All future pleadings shall be filed under C16-1109 RSM and no further pleadings shall be filed in C16-1113 RSM.

DATED this 6th day of July 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

*Attorneys for Plaintiffs*

By */s/ Steven O. Fortney*
Steven O. Fortney, WA #44704
By */s/Lawrence C. Locker,*
Lawrence C. Locker, WA #15819
SUMMIT LAW GROUP PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682
*stevef@summitlaw.com*
*larryl@summitlaw.com*

- and -

By */s/ Michael D. Black*
Michael D. Black (*pro hac vice*)
Rita M. Cornish (*pro hac vice*)
April M. Medley (*pro hac vice*)
PARR BROWN GEE & LOVELESS P.C.
101 S. 200 E., Suite 700
Salt Lake City, UT 84111
*mblack@parrbrown.com*
*rcornish@parrbrown.com*
*amedley@parrbrown.com*

ORDER GRANTING PLAINTIFF'S MOTION TO
CONSOLIDATE (FED. R. CIV. P. 42(a))
- 2
CASE NO. C16-1109 RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**So stipulated and consented,**

*Attorneys for Defendant U.S. Bank National Association*

By */s/ Peter S. Ehrlichman*
Peter S. Ehrlichman, WA #6591
Shawn Larsen-Bright, WA #37066
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC, and Idaho State Regional Center, LLC*

By */s/ Sean C. Knowles*
Sean C. Knowles, WA #39893
Austin J. Rice-Stitt, WA #42166
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
*sknowles@perkinscoie.com*
*aricestitt@perkinscoie.com*
- and -
Sean T. Prosser (*pro hac vice*)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
*sprosser@perkinscoie.com*

*Attorneys for Defendant Sima Muroff*

*By /s/ Eric B. Swartz*
Eric B. Swartz (*pro hac vice*)
JONES & SWARTZ PLLC
623 W. Hays St.
Boise, ID 83702
eric@jonesand swartzlaw.com
- and -
Thomas M. Brennan, WA #30662
BRENNAN LEGAL, PLLC
P.O. Box 1384
Edmonds, WA 98026
tom@brennanlegalpllc.com

ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE (FED. R. CIV. P. 42(a))
- 3
CASE NO. C16-1109 RSM