UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHI CHEN, PI-CHUAN CHANG, PI-SHAN
CHANG, SHUQIN CHEN, XIANGLI CHEN,
BINGXIN FAN, QIANG GUO, JINSONG
HUANG, LIHUA HUANG, JIAPING JIANG,
XIAOWEN JIN, CHENMIN LI, JINGHAN LI,
YUN LIU, XIAOWEN PAN, XIAOLI SONG,
JINGUO WANG, JIE XIONG, BIN XU, LU
YU, QIANG ZHAO, YANYI ZHAO,
WENQUAN ZHI, QUAN ZHOU, YIQIN
CHEN, KE LI, MING LI, LEI WANG, and
ZHISHENG YUAN,

Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION;
QUARTZBURG GOLD, LP; ISR CAPITAL,
LLC; IDAHO STATE REGIONAL CENTER,
LLC; AND SIMA MUROFF,

Defendants.

CASE NO. C16-1109 RSM

**ORDER GRANTING STIPULATED
MOTION FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT**

Before the Court is the STIPULATED MOTION FOR LEAVE TO FILE THIRD
AMENDED COMPLAINT (the "Motion"). Having reviewed the stipulated Motion and noting
Defendants' consent to the filing of the amended pleading, the Court GRANTS the Motion and
ORDERS Plaintiffs to file and serve the *Third Amended Complaint* on all parties within fourteen
(14) days of this order as required by LCR 15.

ORDER GRANTING STIPULATED MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT - 1

CASE NO. C16-1109 RSM

4830-8106-0671 v.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this 6th day of July 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

*Attorneys for Plaintiffs*

By */s/ Steven O. Fortney*
Steven O. Fortney, WA #44704
By */s/Lawrence C. Locker,*
Lawrence C. Locker, WA #15819
SUMMIT LAW GROUP PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682
*stevef@summitlaw.com*
*larryl@summitlaw.com*

- and -

By */s/ Michael D. Black*
Michael D. Black (*pro hac vice*)
Rita M. Cornish (*pro hac vice*)
April M. Medley (*pro hac vice*)
PARR BROWN GEE & LOVELESS P.C.
101 S. 200 E., Suite 700
Salt Lake City, UT 84111
*mblack@parrbrown.com*
*rcornish@parrbrown.com*
*amedley@parrbrown.com*

**So stipulated and consented,**

*Attorneys for Defendant U.S. Bank National Association*

By */s/ Peter S. Ehrlichman*
Peter S. Ehrlichman, WA #6591
Shawn Larsen-Bright, WA #37066
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

ORDER GRANTING STIPULATED MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT - 2

CASE NO. C16-1109 RSM

4830-8106-0671 v.1

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   *Attorneys for Defendants Quartzburg Gold, LP, ISR*
  *Capital LLC, and Idaho State Regional Center, LLC*
2

  By */s/ Sean C. Knowles*
3   Sean C. Knowles, WA #39893
  Austin J. Rice-Stitt, WA #42166
4   PERKINS COIE LLP
  1201 Third Avenue, Suite 4900
5   Seattle, WA 98101-3099
  *sknowles@perkinscoie.com*
6   *aricestitt@perkinscoie.com*
  - and -
7   Sean T. Prosser (*pro hac vice*)
  PERKINS COIE LLP
8   11988 El Camino Real, Suite 350
  San Diego, CA 92130-2594
9   *sprosser@perkinscoie.com*

10   *Attorneys for Defendant Sima Muroff*

11   By */s/ Eric B. Swartz*
  Eric B. Swartz (*pro hac vice*)
12   JONES & SWARTZ PLLC
  623 W. Hays St.
13   Boise, ID 83702
  eric@jonesand swartzlaw.com
14   - and -
  Thomas M. Brennan, WA #30662
15   BRENNAN LEGAL, PLLC
  P.O. Box 1384
16   Edmonds, WA 98026
  tom@brennanlegalpllc.com

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT - 3

CASE NO. C16-1109 RSM

4830-8106-0671 v.1