THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, PI-CHUAN CHANG, PI-SHAN CHANG, SHUQIN CHEN, XIANGLI CHEN, BINGXIN FAN, QIANG GUO, JINSONG HUANG, LIHUA HUANG, JIAPING JIANG, XIAOWEN JIN, CHENMIN LI, JINGHAN LI, YUN LIU, XIAOWEN PAN, XIAOLI SONG, JINGUO WANG, JIE XIONG, BIN XU, LU YU, QIANG ZHAO, YANYI ZHAO, WENQUAN ZHI, QUAN ZHOU, YIQIN CHEN, KE LI, MING LI, LEI WANG, ZHISHENG YUAN, MEILAN CHEN, XIAOBO CHEN, XIAOYANG DI, YAN GUO, BEI HUANG, MIN HUANG, ZHONGJIAO JIANG, QIANG LI, XIANKUN LI, XINGJUN LI, ZHIMENG LIU,CHENG LUO, YURONG NI, YUNFENG QING, YANHANG SHEN, TENGYAO SONG, LIPING SUN, LING TANG, SHIZHU TANG, CHEN YAN, YIJUN YIN, SHIZHE ZHANG, and ZHIHONG ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>Defendants. | NO. 2:16-cv-01109-RSM<br><br>(CONSOLIDATED WITH 2:16-CV-01113 RSM)<br><br>**STIPULATION AND ORDER UNDER FEDERAL RULE OF EVIDENCE 502(D)** |

STIPULATION AND ORDER UNDER FRE 502(D)
2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Pursuant to Federal Rule of Evidence 502(d), Plaintiffs and Defendants Quartzburg Gold, LP, ISR Capital LLC, Idaho State Regional Center, LLC, Sima Muroff, and U.S. Bank National Association, who are all parties in this action, by and through their undersigned counsel, hereby stipulate and agree to, and respectfully request the entry of, a non-waiver order under Federal Rule of Evidence 502(d), as set forth herein.

Respectfully submitted this 27th day of August, 2018.

| | |
|---|---|
| */s/ Shawn Larsen-Bright* | */s/ Michael Black (per email authorization)* |
| Peter S. Ehrlichman, WSBA #6591 | Michael Black, *admitted pro hac vice* |
| Shawn Larsen-Bright, WSBA #37066 | Rita M. Cornish, *admitted pro hac vice* |
| 701 Fifth Avenue, Suite 6100 | April M. Medley, *admitted pro hac vice* |
| Seattle, WA 98104 | Parr Brown Gee & Loveless |
| Tel. 206-903-8800 | 101 South 200 East, Suite 700 |
| ehrlichman.peter@dorsey.com | Salt Lake City, UT 84111 |
| larsen.bright.shawn@dorsey.com | mblack@parrbrown.com |
| | rcornish@parrbrown.com |
| **Attorneys for Defendant U.S. Bank National Association** | amedley@parrbrown.com |
| | and |
| | Lawrence Carl Locker, WSBA #15819 |
| | Steven O. Fortney, WSBA # 44704 |
| | Summit Law Group |
| | 315 Fifth Avenue South, Suite 1000 |
| | Seattle, WA 98104-2682 |
| | (206) 676-7000 |
| | larryl@summitlaw.com |
| | stevef@summitlaw.com |
| | **Attorneys for Plaintiffs** |
| */s/ Eric B. Swartz (per email authorization)* | */s/ Sean T. Prosser (per email authorization)* |
| Eric B. Swartz, *admitted pro hac vice* | Sean C. Knowles, WSBA #39893 |
| Jones & Swartz PLLC | Austin J. Rice-Stitt, WSBA #42166 |
| 623 W. Hays Street | Perkins Coie LLP |
| Boise, ID 83702 | 1201 Third Avenue, Suite 4900 |
| (208) 489-8989 | Seattle, WA 98101-3099 |
| eric@jonesandswartzlaw.com | SKnowles@perkinscoie.com |
| and | ARiceStitt@perkinscoie.com |
| Thomas M. Brennan, WSBA #30662 | and |
| P.O. Box 1384 | Sean T. Prosser, admitted pro hac vice |
| Edmonds, WA 98026 | Perkins Coie LLP |
| (425) 967-3550 | 11988 El Camino Real, Suite 350 |
| tom@brennanlegalpllc.com | San Diego, CA 92130-2594 |
| **Attorneys for Sima Muroff** | SProsser@perkinscoie.com |
| | **Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC and Idaho State Regional Center, LLC** |

STIPULATION AND ORDER UNDER RULE 502(D) - 1
2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# ORDER

Based upon the foregoing Stipulation, IT IS ORDERED that pursuant to Federal Rule of Evidence 502(d), the inadvertent production of any documents or electronically stored information in this proceeding shall not, for the purposes of this proceeding or any other proceeding in any other court, constitute a waiver by the producing party of any privilege applicable to those documents or electronically stored information, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

IT IS SO ORDERED this 28 day of August 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER UNDER RULE 502(D) - 2
2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820