UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANK, NATIONAL ASSOCIATION, ET AL., <br><br> Defendants. | Case No. C16-1109RSM <br><br> ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF XINKAI LI |

THIS MATTER comes before the Court by motion of Harris Bricken, counsel for Plaintiffs in the above-captioned cause. Harris Bricken seeks leave to withdraw as counsel for Plaintiff Xinkai Li, one of 93 plaintiffs suing several defendants in response to a failed EB-5 immigration investment scheme promoted in the People's Republic of China and the Republic of China.

Harris Bricken's Motion is brought under W. D. Wash. Local Rule 83.2(b)(1), and is supported by the Declarations of attorneys Sara Xia and Zijiao Lao. Both attorneys report extended periods of failed communications with Mr. Li, following a substitution of counsel in March 2019. Harris Bricken is unable to respond to discovery requests served on Mr. Li, who isn't providing information relating to same.

ORDER ON MOTION FOR WITHDRAWAL
OF COUNSEL FOR PLAINTIFF XINKAI LI -
1

The Court, having considered the pleadings submitted in relation to the Motion to Withdraw as Counsel, hereby GRANTS leave for the requested withdrawal. Harris Bricken, and its attorneys Daniel P. Harris, William R. Kiendl, Sara Xia, and Jihee Ahn are relieved as attorneys of record for plaintiff Xinkai Li. Copies of future correspondence in this matter should be sent directly to:

> Xinkai Li
> 503, Building 10, Tianyueyuan
> Ximalu, Nankai District
> 300101 Tianjin, China

DATED this 23rd day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE