THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al.,<br><br>                        Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>                        Defendants. | NO. 2:16-cv-01109-RSM<br><br>(Consolidated with No. 2:16-cv-01113-RSM)<br><br>**ORDER GRANTING U.S. BANK'S MOTION TO DISMISS CLAIMS ALLEGED AGAINST U.S. BANK BY PLAINTIFF XINKAI LI** |

      THIS MATTER came on regularly before this Court upon Defendant U.S. Bank National Association's Motion to Dismiss Claims Alleged Against U.S. Bank by Plaintiff Xinkai Li. The Court has considered the motion and all papers filed in support, in opposition and in reply, and is otherwise fully apprised.

      Now, therefore, it is hereby ORDERED:

      1.      U.S. Bank National Association's Motion to Dismiss Claims Alleged Against U.S.

ORDER GRANTING U.S. BANK'S MOTION TO
DISMISS CLAIMS OF PLAINTIFF XINKAI LI -
Page 1
2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Bank by Plaintiff Xinkai Li is GRANTED.

2. All claims alleged against U.S. Bank National Association by Plaintiff Xinkai Li are hereby DISMISSED with prejudice, and without an award of fees or costs to any party.

Dated this 21 day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DORSEY & WHITNEY LLP

*/s/ Shawn Larsen-Bright*
Peter Ehrlichman, WSBA #6591
Jeremy (Jake) Larson, WSBA #22125
Shawn Larsen-Bright, WSBA # 37066
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800
ehrlichman.peter@dorsey.com
larson.jake@dorsey.com
larsen.bright.shawn@dorsey.com

*Attorneys for Defendant U.S. Bank National Association*

ORDER GRANTING U.S. BANK'S MOTION TO
DISMISS CLAIMS OF PLAINTIFF XINKAI LI -
Page 2
2:16-cv-01109-RSM

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820