HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al.,<br><br>               Plaintiffs,<br><br>  v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>               Defendants. | Case No. 2:16-cv-01109-RSM<br><br>**STIPULATED MOTION AND ORDER TO RE-NOTE MOTION AND MODIFY BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR <u>PARTIAL</u> SUMMARY JUDGMENT RE: UNENFORCEABILITY OF EXCULPATORY CLAUSE** |

Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu and Min Guo ("Plaintiffs") and Defendant U.S. Bank National Association (collectively "the parties"), by and through the undersigned attorneys of record, join in requesting that Plaintiffs' Motion for Partial Summary Judgment Re: Unenforceability of Exculpatory Clause (ECF Docket No. 205)("Plaintiffs' Motion) be re-noted and that the Court modify the briefing schedule.

STIPULATED MOTION AND ORDER TO RE-NOTE MOTION AND MODIFY BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR <u>PARTIAL</u> SUMMARY JUDGMENT RE: UNENFORCEABILITY OF EXCULPATORY CLAUSE – 1 (Case No. 2:16-cv-01109-RSM)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Plaintiffs' Motion is currently noted for December 20, 2019.  The parties have conferred and stipulated to Plaintiffs' re-noting Plaintiffs' Motion for February 7, 2020.  In light of the new noting date, the parties have also stipulated to a modified briefing schedule as follows:

- Defendant U.S. Bank's response to Plaintiffs' Motion shall be due on January 27, 2020; and
- Plaintiffs' reply to its Motion shall be due February 3, 2020.

The parties request that the Court re-note the Motion hearing date to February 7, 2020 and adopt the modified briefing schedule stipulated by the parties.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED:  December 17, 2019.

| CORR CRONIN LLP | DORSEY & WHITNEY LLP |
|---|---|
| *s/ Kelly H. Sheridan* | *s/ Shawn J. Larsen-Bright* |
| Steven W. Fogg, WSBA No. 23528 | Peter S. Ehrlichman, WSBA No. 6591 |
| Kelly H. Sheridan, WSBA No. 44746 | Jeremy Robert Larson, WSBA No. 22125 |
| John T. Bender, WSBA No. 49658 | Shawn J. Larsen-Bright, WSBA No. 37066 |
| 1001 Fourth Avenue, Suite 3900 | Columbia Center |
| Seattle, WA  98154-1051 | 701 Fifth Ave., Ste. 6100 |
| (206) 625-8600 Phone | Seattle, WA 98104-7043 |
| (206) 625-0900 Fax | (206) 903-8800 Phone |
| sfogg@corrcronin.com | (206) 903-8820 Fax |
| ksheridan@corrcronin.com | ehrlichman.peter@dorsey.com |
| jbender@corrcronin.com | larson.jake@dorsey.com |
| *Attorneys for Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu and Min Guo* | larsen.bright.shawn@dorsey.com *Attorneys for Defendant U.S. Bank National Association* |

STIPULATED MOTION AND ORDER TO RE-NOTE MOTION AND MODIFY BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR <u>PARTIAL</u> SUMMARY JUDGMENT RE: UNENFORCEABILITY OF EXCULPATORY CLAUSE – 2  (Case No. 2:16-cv-01109-RSM)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

IT IS SO ORDERED.

DATED: December 17, 2019.

                                                             RICARDO S. MARTINEZ
                                                           CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| CORR CRONIN LLP | DORSEY & WHITNEY LLP |
|---|---|
| *s/ Kelly H. Sheridan* | *s/ Shawn J. Larsen-Bright* |
| Steven W. Fogg, WSBA No. 23528 | Peter S. Ehrlichman, WSBA No. 6591 |
| Kelly H. Sheridan, WSBA No. 44746 | Jeremy Robert Larson, WSBA No. 22125 |
| John T. Bender, WSBA No. 49658 | Shawn J. Larsen-Bright, WSBA No. 37066 |
| 1001 Fourth Avenue, Suite 3900 | Columbia Center |
| Seattle, WA 98154-1051 | 701 Fifth Ave., Ste. 6100 |
| (206) 625-8600 Phone | Seattle, WA 98104-7043 |
| (206) 625-0900 Fax | (206) 903-8800 Phone |
| sfogg@corrcronin.com | (206) 903-8820 Fax |
| ksheridan@corrcronin.com | ehrlichman.peter@dorsey.com |
| jbender@corrcronin.com | larson.jake@dorsey.com |
| *Attorneys for Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu and Min Guo* | larsen.bright.shawn@dorsey.com |
| | *Attorneys for Defendant U.S. Bank National Association* |

STIPULATED MOTION AND ORDER TO RE-NOTE MOTION AND MODIFY BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR <u>PARTIAL</u> SUMMARY JUDGMENT RE: UNENFORCEABILITY OF EXCULPATORY CLAUSE – 3  (Case No. 2:16-cv-01109-RSM)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900