UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHI CHEN, ET AL.,

            Plaintiffs,

      vs.

U.S. BANK, NATIONAL ASSOCIATION, ET AL.,

            Defendants.

Case No. C16-1109 RSM

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF YUE GU

THIS MATTER comes before the Court by motion of Harris Bricken McVay Sliwoski, LLP ("Harris Bricken"), counsel for Plaintiffs in the above-captioned case. Harris Bricken seeks leave to withdraw as counsel for Yue Gu whose claims were dismissed on November 1, 2019. Dkt. #199.

Harris Bricken's Motion is brought under Local Rule 83.2(b)(1) and is supported by the Declaration of attorney Thea Lao who reports a fundamental disagreement with Plaintiff Gu following a substitution of counsel in March 2019. Harris Bricken further submits that Plaintiff Gu's last-known address is:

> 220 Weinisi Huayuan Phase II,
> No. 502 Jinshi Road, Wuxi, Jiangsu
> 214121, China

The Court, having considered the briefing submitted in relation to the

ORDER

Motion to Withdraw as Counsel for Plaintiff Yue Gu, hereby find and ORDERS that Plaintiffs' Motion, Dkt. #187, is GRANTED. Harris Bricken, and its attorneys Daniel P. Harris, William R. Kiendl, Sara Xia, and Jihee Ahn will be noted by the Clerk of the Court as prior counsel for Plaintiff Gu.

DATED this 20th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE