THE HONORABLE RICARDO S. MARTINEZ

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  CHI CHEN, et al.,

10                              Plaintiffs,

11      v.

12  U.S. BANK NATIONAL ASSOCIATION;

13  QUARTZBURG GOLD, LP; ISR
    CAPITAL, LLC; IDAHO STATE

14  REGIONAL CENTER, LLC; and SIMA
    MUROFF,

15

16

17                              Defendants.

No.  2:16-cv-01109-RSM

(Consolidated with No. 16-01113
RSM)

**ORDER GRANTING MOTION
FOR WITHDRAWAL OF
ATTORNEY**

18      This matter came before the Court on a motion filed by counsel for defendant Sima

19  Muroff.  Consistent with Local CR 83.2, Muroff and his attorneys, Tom Brennan and Eric

20  Swartz, request that the Court grant the motion to allow Brennan to withdraw as local counsel in

21

22  this case.

23      Muroff's counsel certified that all parties, including Muroff, were served with this

24  motion.  Currently, Muroff can be reached through his lead counsel of record, Eric Swartz.

25      There are no pending matters before the Court that require a response or appearance by

26  either Muroff or his pro hac vice attorney, Eric Swartz, or a signature by local counsel.

27

28

ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL - 1

The Court has reviewed the motion and supporting papers and based on the entirety of the record, the Court hereby orders, adjudges and decrees that the motion is GRANTED.

IT IS ORDERED, ADJUDGED AND DECREED that Brennan shall withdraw as local counsel for Muroff.  The Clerk of the Court shall update the docket to remove Brennan as counsel for Muroff.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Muroff shall diligently work to retain local counsel within 21 days of the date of entry of this order, or update the Court in writing, through pro hac vice counsel, as to the status of efforts to do so.

DATED this 24th day of April, 2020.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


Presented by:


**BRENNAN LEGAL, PLLC**

_/s/ Thomas M. Brennan_
Thomas M. Brennan, WSBA No. 30662
144 Railroad Ave. S., Suite 308
Edmonds, WA  98020
Phone: (425) 967-3550
Email:  tom@brennanlegalpllc.com

**JONES & SWARTZ, PLLC**

_/s/ Eric B. Swartz_
Eric B. Swartz, admitted pro hac vice
623 W. Hays Street
Boise, ID  83702
Phone: (208) 489-8989
Email: eric@jonesandswartzlaw.com


ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL - 2