THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>             Defendants. | No. 2:16-cv-01109-RSM<br><br>(Consolidated with No. 2:16-cv-01113-RSM)<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST U.S. BANK BY PLAINTIFF YAN CHEN**<br><br>NOTE ON MOTION CALENDAR:<br>April 28, 2020 |

## STIPULATION

Pursuant to FRCP 41, Plaintiff YAN Chen and Defendant U.S. Bank National Association ("U.S. Bank"), by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by Plaintiff YAN Chen against U.S. Bank in this action shall be dismissed with prejudice, and without fees or costs to any party.  For clarity, no claims by Plaintiff YAN Chen against parties other than U.S. Bank, and no claims by any Plaintiffs other than YAN Chen, are affected by this Stipulation.  Plaintiff YAN Chen and Defendant U.S. Bank jointly request entry of the Order below.

SO STIPULATED this 28th day of April 2020.

---

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE        - 1 -
NO. 2:16-cv-01109-RSM
4849-1501-1764\2

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | |
|---|---|
| */s/ Shawn Larsen-Bright* | */s/ John McDonald* |
| Peter Ehrlichman, WSBA #6591 | Daniel P. Harris, WSBA #16778 |
| Jeremy (Jake) Larson, WSBA #22125 | Jihee Ahn, admitted pro hac vice |
| Shawn Larsen-Bright, WSBA #37066 | John McDonald, admitted pro hac vice |
| Dorsey & Whitney LLP | Harris Bricken McVay Sliwoski LLP |
| 701 Fifth Avenue, Suite 6100 | 600 Stewart Street, Suite 1200 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| (206) 903-8800 | (206) 224-5657 |
| ehrlichman.peter@dorsey.com | dan@harrisbricken.com |
| larson.jake@dorsey.com | jihee@harrisbricken.com |
| larsen.bright.shawn@dorsey.com | john.mcdonald@harrisbricken.com |
| *Attorneys for Defendant U.S. Bank National Association* | *Attorneys for Plaintiff YAN Chen* |

**ORDER**

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Plaintiff YAN Chen against U.S. Bank National Association in this action shall be and are hereby dismissed with prejudice, and without fees or costs to any party. No claims by Plaintiff YAN Chen against parties other than U.S. Bank National Association, and no claims by any Plaintiffs other than YAN Chen, are affected by this Order.

IT IS SO ORDERED this 1st day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM
- 2 -
4849-1501-1764\2

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820