THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>        Defendants. | No. 2:16-cv-01109-RSM<br><br>(Consolidated with No. 2:16-cv-01113-RSM)<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST U.S. BANK BY PLAINTIFFS LIHUA HUANG, BIN XU, ZHISHENG YUAN, XINYUAN MU, HAITAO XU, ZHICUI SHAN, LEI WANG, YANHANG SHEN, ZHIJUN WU, AND MIN GUO**<br><br>NOTE ON MOTION CALENDAR:<br>MAY 4, 2020 |

**STIPULATION**

Pursuant to FRCP 41, Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu, and Min Guo, and Defendant U.S. Bank National Association, by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu, and Min Guo against U.S. Bank National Association in this action shall be dismissed with prejudice, and without fees or costs to any party.

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE   - 1 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

No claims by Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu, and Min Guo against parties other than U.S. Bank National Association are affected by this Stipulation.

No claims by any plaintiffs in this action other than Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu, and Min Guo are affected by this Stipulation.

Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu, and Min Guo, and U.S. Bank National Association hereby jointly move for and request entry of the Order below.

STIPULATED AND RESPECTFULLY SUBMITTED this 4th day of May 2020.

/s/ Shawn Larsen-Bright
Peter Ehrlichman, WSBA #6591
Jeremy (Jake) Larson, WSBA #22125
Shawn Larsen-Bright, WSBA #37066
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800
ehrlichman.peter@dorsey.com
larson.jake@dorsey.com
larsen.bright.shawn@dorsey.com
*Attorneys for Defendant U.S. Bank National Association*

/s/ Steven Fogg
Steven W. Fogg, WSBA #23528
Kelly H. Sheridan, WSBA #44746
John T. Bender, WSBA #49658
Corr Cronin LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
sfogg@corrcronin.com
ksheridan@corrcronin.com
jbender@corrcronin.com
   *and*
Angus F. Ni, WSBA #53828
AFN Law PLLC
506 2nd Ave, Suite 1400
Seattle, WA 98104
angus@afnlegal.com
*Attorneys for Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu and Min Guo*

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 2 -
NO. 2:16-cv-01109-RSM

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Based upon FRCP 41, the foregoing Stipulation, and applicable law, all claims and causes of action by Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu, and Min Guo against U.S. Bank National Association in this action shall be and are hereby dismissed with prejudice, and without fees or costs to any party.

No claims by Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu, and Min Guo against parties other than U.S. Bank National Association are affected by this Order.

No claims by any plaintiffs in this action other than Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu, and Min Guo are affected by this Order.

IT IS SO ORDERED this 4th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE     - 3 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820