HONORABLE RICARDO S. MARTINEZ

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al., | |
| Plaintiffs, | Case No. 2:16-cv-01109-RSM |
| v. | **STIPULATION OF DISMISSAL OF CORR CRONIN PLAINTIFFS' CLAIMS AGAINST QUARTZBURG GOLD, LP, ISR CAPITAL, LLC, AND IDAHO STATE REGIOINAL CENTER, LLC** |
| U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu and Min Guo (the "Corr Cronin Plaintiffs") and Defendants Quartzburg Gold, LP, ISR Capital, LLC, and Idaho State Regional Center, LLC (the "Quartzburg Defendants"), through their respective counsel, that the Corr Cronin Plaintiffs' claims against the Quartzburg Defendants may be dismissed without prejudice and without an award of attorney's fees or costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Accordingly, the Corr Cronin Plaintiffs and the Quartzburg Defendants respectfully request that the Court enter the attached Order of Dismissal.

STIPULATION AND ORDER OF DISMISSAL
OF CORR CRONIN PLAINTIFFS' CLAIMS
AGAINST QUARTZBURG DEFENDANTS – 1
(Case No. 2:16-cv-01109-RSM)

1    IT IS SO STIPULATED.

2    DATED this 7th day of May, 2020.          CORR CRONIN LLP

3

4                                              *s/ Kelly H. Sheridan*
                                               Steven W. Fogg, WSBA No. 23528
5                                              Kelly H. Sheridan, WSBA No. 44746
                                               John T. Bender, WSBA No. 49658
6                                              1001 Fourth Avenue, Suite 3900
                                               Seattle, WA  98154-1051
7                                              (206) 625-8600 Phone
                                               (206) 625-0900 Fax
8                                              sfogg@corrcronin.com
                                               ksheridan@corrcronin.com
9                                              jbender@corrcronin.com

10
                                               *Attorneys for Lihua Huang, Bin Xu, Zhisheng*
11                                             *Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei*
                                               *Wang, Yanhang Shen, Zhijun Wu and Min Guo*
12

13   DATED this 7th day of May, 2020.          MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                               & POPEO, P.C.
14

15                                             *s/ Sean. T Prosser*
                                               Sean T. Prosser (*pro hac vice*)
16                                             3580 Carmel Mountain Road, Suite 300
                                               San Diego, CA  92130
17                                             (858) 314-2152 Phone
                                               (858) 314-1501 Fax
18                                             stprosser@mintz.com

19
                                               Roger D. Mellem
20                                             1201 Third Avenue, Suite 3400
                                               Seattle, WA  98101-3034
21                                             (206) 654-2234 Phone
                                               mellem@ryanlaw.com
22

23                                             *Attorneys for Quartzburg Gold, LP, ISR Capital*
                                               *LLC, and Idaho State Regional Center, LLC*
24

25

STIPULATION AND ORDER OF DISMISSAL
OF CORR CRONIN PLAINTIFFS' CLAIMS
AGAINST QUARTZBURG DEFENDANTS – 2
(Case No. 2:16-cv-01109-RSM)

1

**<u>ORDER OF DISMISSAL</u>**

2

THIS MATTER having come on before the Court on the foregoing Stipulation, and

3

the Court being fully advised in the premise;

4

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

5

that Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan,

6

Lei Wang, Yanhang Shen, Zhijun Wu and Min Guo's claims against Defendants Quartzburg

7

Gold, LP, ISR Capital, LLC, and Idaho State Regional Center, LLC are dismissed without

8

prejudice and without an award of attorneys' fees or costs to either party.

9

DATED:  May 12, 2020.

10

11

12

_____
RICARDO S. MARTINEZ

13

CHIEF UNITED STATES DISTRICT JUDGE

14

15

16

Presented by:

17

CORR CRONIN LLP

18

19

*s/ Kelly H. Sheridan*_____

20

Steven W. Fogg, WSBA No. 23528
Kelly H. Sheridan, WSBA No. 44746
John T. Bender, WSBA No. 49658

21

1001 Fourth Avenue, Suite 3900

22

Seattle, WA  98154-1051
(206) 625-8600 Phone

23

(206) 625-0900 Fax
sfogg@corrcronin.com

24

ksheridan@corrcronin.com
jbender@corrcronin.com

25

STIPULATION AND ORDER OF DISMISSAL
OF CORR CRONIN PLAINTIFFS' CLAIMS
AGAINST QUARTZBURG DEFENDANTS – 3
(Case No. 2:16-cv-01109-RSM)

1   *Attorneys for Lihua Huang, Bin Xu, Zhisheng*
2   *Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei*
    *Wang, Yanhang Shen, Zhijun Wu and Min Guo*

3

4   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
5   & POPEO, P.C.

6   *s/ Sean T. Prosser*
    Sean T. Prosser (*pro hac vice*)
7   3580 Carmel Mountain Road, Suite 300
    San Diego, CA  92130
8   (858) 314-2152 Phone
9   (858) 314-1501 Fax
    stprosser@mintz.com

10

11  Roger D. Mellem
    1201 Third Avenue, Suite 3400
12  Seattle, WA  98101-3034
    (206) 654-2234 Phone
13  mellem@ryanlaw.com

14  *Attorneys for Quartzburg Gold, LP, ISR Capital*
    *LLC, and Idaho State Regional Center, LLC*
15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL
OF CORR CRONIN PLAINTIFFS' CLAIMS
AGAINST QUARTZBURG DEFENDANTS – 4
(Case No. 2:16-cv-01109-RSM)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1

## CERTIFICATE OF SERVICE

2

     I hereby certify that on, I electronically filed the foregoing with the Clerk of the Court

3

using the CM/ECF system, which will send notification of such filing to the following:

4

Daniel P. Harris
John McDonald

5

Sara Xia
Jihee Ahn, *admitted pro hac vice*

6

HARRIS BRICKEN
600 Stewart Street, Suite 1200

7

Seattle, WA 98101
dan@harrisbricken.com

8

john.mcdonald@harrisbricken.com

9

sara@harrisbricken.com
jihee@harrisbricken.com

10

*Attorneys for Plaintiffs Chi Chen, Shuqin*

11

*Chen, Bingxin Fan, Xiaowen Jin, Chenmin*
*Li, Jinghan Li, Yun Liu, Xiaowen Pan,*

12

*Xiaoli Song, Lu Yu, Yanyi Zhao, Wenquan*
*Zhi, Quan Zhou, Pi-Chuan Chang, Pi-Shan*

13

*Chang, Xiangli Chen, Qiang Guo, Jinsong*
*Huang, Jinguo Wang, Jie Xiong, Qiang*

14

*Zhao, Jiaping Jiang, Yiqin Chen, Ke Li,*
*Ming Li, Jiuyi Geng, Shuangyan Jia, Qing*

15

*Huang, Hailan Tang, Zhe Feng, Tieyin Li,*
*Weiyi Dai, Hesheng Lei, Xiaoyu Zhu, Rui*

16

*Mao, Xiaolin Yin, Zhongmei Zhao, Zhen*

17

*Fan, Chen Xuan, Zhongfa Liu, Zhaohui Ye,*
*Xiuqin Yang, Manshan Tong, Peilin Wu,*

18

*Junhong Zhang, Rui Fan, Chunfeng Li,*
*Dianyi Zhou, Xioshu Yang, Yipeng Wu, Bing*

19

*Huang, Ming-Jen Tsai, Yue Gu, Qingbin Bu,*
*Ruiping Tao, Jia Yin Zhu, Wenlan Huang,*

20

*Huaijin Liu, Danli Li, Yao Song, Tengyao*
*Song, Bei Huang, Chen Yan, Cheng Luo,*

21

*Ling Tang, Liping Sun, Meilan Chen, Min*

22

*Huang, Qiang Li, Shizhe Zhang, Shizhu*
*Tang, Xiaobo Chen, Xiaoyang Di, Xingjun*

23

*Li, Xiankun Li, Yan Guo, Yijun Yin, Yunfeng*
*Qing, Yurong Ni, Zhihong Zhang, Zimeng*

24

*Liu, Zhongjiao Jiang*

25

Peter S. Ehrlichman
Shawn J. Larsen-Bright
Jeremy Robert Larson
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Ave., Ste. 6100
Seattle, WA 98104-7043
ehrlichman.peter@dorsey.com
larsen.bright.shawn@dorsey.com
larson.jake@dorsey.com
*Attorneys for Defendant U.S. Bank National*
*Association*

STIPULATION AND ORDER OF DISMISSAL
OF CORR CRONIN PLAINTIFFS' CLAIMS
AGAINST QUARTZBURG DEFENDANTS – 5
(Case No. 2:16-cv-01109-RSM)

| | | |
|---|---|---|
| 1 | Sean T. Prosser (*pro hac vice*)<br>MINTZ, LEVIN, COHN, FERRIS, | Sean C. Knowles<br>Zachary E. Davison |
| 2 | GLOVSKY & POPEO, P.C.<br>3580 Carmel Mountain Road, Suite 300 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900 |
| 3 | San Diego, CA 92130<br>stprosser@mintz.com | Seattle, WA 98101-3099<br>sknowles@perkinscoie.com |
| 4 | *Attorneys for Defendants Quartzburg Gold,* | zdavison@perkinscoie.com |
| 5 | *LP, ISR Capital LLC, and Idaho State*<br>*Regional Center, LLC* | *Attorneys for Defendants Quartzburg Gold,*<br>*LP, ISR Capital LLC, and Idaho State* |
| 6 | | *Regional Center, LLC* |
| 7 | Thomas M. Brennan | Eric B. Swartz (*pro hac vice*) |
| 8 | BRENNAN LEGAL, PLLC<br>P.O. Box 1384 | JONES & SWARTZ PLLC<br>623 W. Hays St. |
| 9 | Edmonds, WA 98026<br>tom@brennanlegalpllc.com | Boise, ID 83702<br>eric@jonesandswartzlaw.com |
| 10 | *Attorneys for Defendant Sima Muroff* | *Attorneys for Defendant Sima Muroff* |
| 11 | | |
| 12 | DATED:  May 12, 2020 at Seattle, Washington. | |
| 13 | | |
| 14 | | s/ Monica Dawson |
| 15 | | Monica Dawson |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |