HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHI CHEN, et al.,

Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,

Defendants.

Case No. 2:16-cv-01109-RSM

**STIPULATION OF DISMISSAL OF CORR CRONIN PLAINTIFFS' CLAIMS AGAINST SIMA MUROFF**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu and Min Guo (the "Corr Cronin Plaintiffs") and Defendant Sima Muroff, through their respective counsel, that the Corr Cronin Plaintiffs' claims against Defendant Sima Muroff may be dismissed without prejudice and without an award of attorney's fees or costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Accordingly, the Corr Cronin Plaintiffs and Mr. Muroff respectfully request that the Court enter the attached Order of Dismissal.

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

IT IS SO STIPULATED.

DATED this 11th day of May, 2020.

CORR CRONIN LLP

*s/ Kelly H. Sheridan*
Steven W. Fogg, WSBA No. 23528
Kelly H. Sheridan, WSBA No. 44746
John T. Bender, WSBA No. 49658
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Phone
(206) 625-0900 Fax
sfogg@corrcronin.com
ksheridan@corrcronin.com
jbender@corrcronin.com

*Attorneys for Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu and Min Guo*

DATED this 11th day of May, 2020.

JONES & SWARTZ PLLC

*s/ Eric B. Swartz*
Eric B. Swartz (*pro hac vice*)
623 West Hays
Boise, ID 83702
(208) 489-8988 Phone
eric@jonesandswartz.com

*Attorney for Sima Muroff*

STIPULATION AND ORDER OF DISMISSAL OF CORR CRONIN PLAINTIFFS' CLAIMS AGAINST SIMA MUROFF – 2
(Case No. 2:16-cv-01109-RSM)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER OF DISMISSAL**

THIS MATTER having come on before the Court on the foregoing Stipulation, and the Court being fully advised in the premise;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu and Min Guo's claims against Defendant Sima Muroff are dismissed without prejudice and without an award of attorneys' fees or costs to either party.

DATED: May 12, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN LLP

*s/ Kelly H. Sheridan*

Steven W. Fogg, WSBA No. 23528
Kelly H. Sheridan, WSBA No. 44746
John T. Bender, WSBA No. 49658
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Phone
(206) 625-0900 Fax
sfogg@corrcronin.com
ksheridan@corrcronin.com
jbender@corrcronin.com

STIPULATION AND ORDER OF DISMISSAL OF CORR CRONIN PLAINTIFFS' CLAIMS AGAINST SIMA MUROFF – 3
(Case No. 2:16-cv-01109-RSM)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

*Attorneys for Lihua Huang, Bin Xu, Zhisheng Yuan, Xinyuan Mu, Haitao Xu, Zhicui Shan, Lei Wang, Yanhang Shen, Zhijun Wu and Min Guo*

JONES & SWARTZ PLLC

*s/ Eric B. Swartz*
Eric B. Swartz (*pro hac vice*)
623 West Hays
Boise, ID 83702
(208) 489-8988 Phone
eric@jonesandswartz.com

*Attorney for Sima Muroff*

STIPULATION AND ORDER OF DISMISSAL OF CORR CRONIN PLAINTIFFS' CLAIMS AGAINST SIMA MUROFF – 4
(Case No. 2:16-cv-01109-RSM)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Daniel P. Harris
John McDonald
Sara Xia
Jihee Ahn, *admitted pro hac vice*
HARRIS BRICKEN
600 Stewart Street, Suite 1200
Seattle, WA 98101
dan@harrisbricken.com
john.mcdonald@harrisbricken.com
sara@harrisbricken.com
jihee@harrisbricken.com
*Attorneys for Plaintiffs Chi Chen, Shuqin Chen, Bingxin Fan, Xiaowen Jin, Chenmin Li, Jinghan Li, Yun Liu, Xiaowen Pan, Xiaoli Song, Lu Yu, Yanyi Zhao, Wenquan Zhi, Quan Zhou, Pi-Chuan Chang, Pi-Shan Chang, Xiangli Chen, Qiang Guo, Jinsong Huang, Jinguo Wang, Jie Xiong, Qiang Zhao, Jiaping Jiang, Yiqin Chen, Ke Li, Ming Li, Jiuyi Geng, Shuangyan Jia, Qing Huang, Hailan Tang, Zhe Feng, Tieyin Li, Weiyi Dai, Hesheng Lei, Xiaoyu Zhu, Rui Mao, Xiaolin Yin, Zhongmei Zhao, Zhen Fan, Chen Xuan, Zhongfa Liu, Zhaohui Ye, Xiuqin Yang, Manshan Tong, Peilin Wu, Junhong Zhang, Rui Fan, Chunfeng Li, Dianyi Zhou, Xioshu Yang, Yipeng Wu, Bing Huang, Ming-Jen Tsai, Yue Gu, Qingbin Bu, Ruiping Tao, Jia Yin Zhu, Wenlan Huang, Huaijin Liu, Danli Li, Yao Song, Tengyao Song, Bei Huang, Chen Yan, Cheng Luo, Ling Tang, Liping Sun, Meilan Chen, Min Huang, Qiang Li, Shizhe Zhang, Shizhu*

Peter S. Ehrlichman
Shawn J. Larsen-Bright
Jeremy Robert Larson
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Ave., Ste. 6100
Seattle, WA 98104-7043
ehrlichman.peter@dorsey.com
larsen.bright.shawn@dorsey.com
larson.jake@dorsey.com
*Attorneys for Defendant U.S. Bank National Association*

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

*Tang, Xiaobo Chen, Xiaoyang Di, Xingjun Li, Xiankun Li, Yan Guo, Yijun Yin, Yunfeng Qing, Yurong Ni, Zhihong Zhang, Zimeng Liu, Zhongjiao Jiang*

Sean T. Prosser (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
stprosser@mintz.com
*Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC, and Idaho State Regional Center, LLC*

Sean C. Knowles
Zachary E. Davison
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
sknowles@perkinscoie.com
zdavison@perkinscoie.com
*Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC, and Idaho State Regional Center, LLC*

Thomas M. Brennan
BRENNAN LEGAL, PLLC
P.O. Box 1384
Edmonds, WA 98026
tom@brennanlegalpllc.com
*Attorneys for Defendant Sima Muroff*

Eric B. Swartz *(pro hac vice)*
JONES & SWARTZ PLLC
623 W. Hays St.
Boise, ID 83702
eric@jonesandswartzlaw.com
*Attorneys for Defendant Sima Muroff*

DATED: May 12, 2020 at Seattle, Washington.

*s/ Monica Dawson*
Monica Dawson

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900