UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 16-1109RSM<br><br>ORDER GRANTING MOTION FOR ATTORNEY WITHDRAWAL |

This matter comes before the Court on a Motion filed by counsel for defendant Sima Muroff. Dkt. #304. Consistent with Local Rules 83.1(d)(1) and 83.2(b)(1), attorney Eric B. Swartz requests that the Court permit him to withdraw as Defendant Sima Muroff's counsel in this case. Defendant Muroff's counsel certified that all parties, including Muroff, were served with this Motion. There are no pending matters before the Court that require a response or appearance by Muroff.

The Court has reviewed the Motion and based on the entirety of the record the Court hereby finds and ORDERS that the Motion, Dkt. #304, is GRANTED. The Clerk of the Court shall update the docket to remove Mr. Swartz as counsel for Muroff, who can now be reached via mail at 623 West Hays St., Boise, ID 83702, and by phone at 208-634-8014.

ORDER GRANTING MOTION FOR ATTORNEY WITHDRAWAL - 1

1
2   DATED this 16th day of June, 2020.
3
4
5
6   _____
7   RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING MOTION FOR ATTORNEY WITHDRAWAL - 2