The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHI CHEN, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANK, NATIONAL ASSOCIATION, ET AL., <br><br> Defendants. | Case No. 2:16-cv-01109-RSM <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
(W. D. Wash. Case No. CV 16-1109 RSM

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA 98101
Phone: (206) 224-5657

# ORDER

Based upon the foregoing Stipulation, all claims and causes of action by Plaintiffs MAO, Rui and SONG, Tengyao against all Defendants in the above-numbered action, except U.S. Bank National Association, shall be and are hereby dismissed with prejudice, and without fees or costs to any party. No claim by these Plaintiffs or any other Plaintiff against U.S. Bank National Association is affected by this Order.

IT IS SO ORDERED this 10th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
(W. D. Wash. Case No. CV 16-1109 RSM

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA 98101
Phone: (206) 224-5657

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Shawn J. Larsen-Bright<br>Jake Larson<br>Todd S. Fairchild<br>Ryan Meyer<br>DORSEY & WHITNEY LLP<br>Columbia Center<br>701 Fifth Ave., Ste. 6100<br>Seattle, WA 98104-7043<br>larsen.bright.shawn@dorsey.com<br>larson.jake@dorsey.com<br>fairchild.todd@dorsey.com<br>meyer.ryan@dorsey.com<br>*Attorneys for Defendant U.S. Bank National Association* | Roger D. Mellem<br>Adam Doupe<br>RYAN, SWANSON & CLEVELAND, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>mellem@ryanlaw.com<br>doupe@ryanlaw.com<br>*Attorneys for Defendants Quartzburg Gold, L.P., ISR Capital, LLC, and Idaho State Regional Center, LLC* |
| Sean T. Prosser (*pro hac vice*)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>stprosser@mintz.com<br>*Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC, and Idaho State Regional Center, LLC* | |

I hereby certify that on this day I mailed the foregoing, via U.S. Mail, to the following:

| | |
|---|---|
| Sima Muroff<br>23 West Hays St.<br>Boise, ID 83702<br>*Pro se defendant* | |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct this 6th day of August 2020.

*/s/ Jihee Ahn*
Jihee Ahn, WSBA #56012

CERTIFICATE OF SERVICE – Page 1

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA 98101
Phone: (206) 224-5657