THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>    Defendants. | No. 2:16-cv-01109-RSM<br><br>(Consolidated with No. 2:16-cv-01113-RSM)<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST U.S. BANK BY FAN ZHEN, LI XIANKUN, LUO CHENG, AND SUN LIPING**<br><br>NOTE ON MOTION CALENDAR:<br>September 10, 2020 |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# STIPULATION

Pursuant to FRCP 41, Plaintiffs FAN ZHEN, LI XIANKUN, LUO CHENG, and SUN LIPING (collectively, the "Identified Plaintiffs") and Defendant U.S. Bank National Association ("U.S. Bank"), by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by the Identified Plaintiffs against U.S. Bank in this action shall be dismissed with prejudice, and without fees or costs to any party.  For clarity, no claims by the Identified Plaintiffs against parties other than U.S. Bank, and no claims by any Plaintiffs other than the Identified Plaintiffs, are affected by this Stipulation.  The Identified Plaintiffs and Defendant U.S. Bank jointly request entry of the Order below.

SO STIPULATED this 10th day of September 2020.

| | |
|---|---|
| /s/ Shawn Larsen-Bright | /s/ John McDonald |
| Jeremy Larson, WSBA #22125 | Jihee Ahn, WSBA #56012 |
| Shawn Larsen-Bright, WSBA #37066 | John McDonald *admitted pro hac vice* |
| 701 Fifth Avenue, Suite 6100 | Harris Bricken Sliwoski LLP |
| Seattle, WA 98104-7043 | 600 Stewart Street, Suite 1200 |
| Tel: (206) 903-8800 | Seattle, WA 98101 |
| larson.jake@dorsey.com | Tel: (206) 224-5657 |
| larsen.bright.shawn@dorsey.com | jihee@harrisbricken.com |
| | john.mcdonald@harrisbricken.com |
| *Attorneys for U.S. Bank National Association* | *Attorneys for Plaintiffs* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM

- 1 -

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Plaintiffs FAN ZHEN, LI XIANKUN, LUO CHENG, and SUN LIPING (collectively, the "Identified Plaintiffs") against U.S. Bank National Association in this action shall be and are hereby dismissed with prejudice, and without fees or costs to any party. No claims by the Identified Plaintiffs against parties other than U.S. Bank National Association, and no claims by any Plaintiffs other than the Identified Plaintiffs, are affected by this Order.

IT IS SO ORDERED this 11th day of September, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM
- 2 -

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

Daniel P. Harris, WSBA #16778  
Jihee Ahn, *admitted pro hac vice*  
John McDonald, *admitted pro hac vice*  
Harris Bricken  
600 Stewart Street, Suite 1200  
Seattle, WA  98101  

dan@harrisbricken.com  
jihee@harrisbricken.com  
john.mcdonald@harrisbricken.com  

☐ Via Messenger  
☐ Via Facsimile  
☐ Via U.S. Mail  
☐ Via Electronic Mail (*per agreement*)  
☒ Via ECF Notification  

***Attorneys for Plaintiffs***

Sima Muroff  
623 West Hays St.  
Boise, ID 83702  

***Pro Se***

☐ Via Messenger  
☐ Via Facsimile  
☒ Via U.S. Mail  
☐ Via Electronic Mail (*per agreement*)  
☐ Via ECF Notification  

Sean T. Prosser, *admitted pro hac vice*  
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo  
3580 Carmel Mountain Road, Suite 300  
San Diego, CA  92130  
STProsser@mintz.com  

    and  

Roger D. Mellem, WSBA #14917  
Adam Doupe, WSBA #55483  
Ryan, Swanson & Cleveland, PLLC  
1201 Third Avenue, Suite 3400  
Seattle, Washington  98101-3034  
mellem@ryanlaw.com  
doupe@ryanlaw.com  

☐ Via Messenger  
☐ Via Facsimile  
☐ Via U.S. Mail  
☐ Via Electronic Mail (*per agreement*)  
☒ Via ECF Notification  

☐ Via Messenger  
☐ Via Facsimile  
☐ Via U.S. Mail  
☐ Via Electronic Mail (*per agreement*)  
☒ Via ECF Notification  

***Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC and Idaho State Regional Center, LLC***

DATED this 10th day of September, 2020.

                                                            */s/ Molly Price*  
                                                            Molly Price, Legal Assistant

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE  
NO. 2:16-cv-01109-RSM  
- 3 -  

**DORSEY & WHITNEY LLP**  
701 FIFTH AVENUE, SUITE 6100  
SEATTLE, WA 98104-7043  
PHONE: (206) 903-8800  
FAX: (206) 903-8820