THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>                Defendants. | No. 2:16-cv-01109-RSM<br><br>(Consolidated with No. 2:16-cv-01113-RSM)<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST U.S. BANK BY PLAINTIFF FAN RUI**<br><br>NOTE ON MOTION CALENDAR:<br><br>September 17, 2020 |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# STIPULATION

Pursuant to FRCP 41, Plaintiff FAN Rui and Defendant U.S. Bank National Association ("U.S. Bank"), by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by Plaintiff FAN Rui against U.S. Bank in this action shall be dismissed with prejudice, and without fees or costs to any party.  For clarity, no claims by Plaintiff FAN Rui against parties other than U.S. Bank, and no claims by any Plaintiffs other than FAN Rui, are affected by this Stipulation.  Plaintiff FAN Rui and Defendant U.S. Bank jointly request entry of the Order below.

SO STIPULATED this 17th day of September, 2020.

| | |
|---|---|
| */s/ Shawn Larsen-Bright* | */s/ John McDonald* |
| Jeremy Larson, WSBA #22125 | Jihee Ahn, WSBA #56012 |
| Shawn Larsen-Bright, WSBA #37066 | John McDonald *admitted pro hac vice* |
| Dorsey & Whitney LLP | Harris Bricken Sliwoski LLP |
| 701 Fifth Avenue, Suite 6100 | 600 Stewart Street, Suite 1200 |
| Seattle, WA 98104-7043 | Seattle, WA 98101 |
| Tel: (206) 903-8800 | Tel: (206) 224-5657 |
| larson.jake@dorsey.com | jihee@harrisbricken.com |
| larsen.bright.shawn@dorsey.com | john.mcdonald@harrisbricken.com |
| | |
| *Attorneys for U.S. Bank National Association* | *Attorneys for Plaintiffs* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE  - 1 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## ORDER

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Plaintiff FAN Rui against U.S. Bank National Association in this action shall be and are hereby dismissed with prejudice, and without fees or costs to any party. No claims by Plaintiff FAN Rui against parties other than U.S. Bank National Association, and no claims by any Plaintiffs other than FAN Rui, are affected by this Order.

IT IS SO ORDERED this 22nd day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE    - 2 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

Daniel P. Harris, WSBA #16778
Jihee Ahn, *admitted pro hac vice*
John McDonald, *admitted pro hac vice*
Harris Bricken
600 Stewart Street, Suite 1200
Seattle, WA 98101

dan@harrisbricken.com
jihee@harrisbricken.com
john.mcdonald@harrisbricken.com

☐ Via Messenger
☐ Via Facsimile
☐ Via U.S. Mail
☐ Via Electronic Mail (*per agreement*)
☒ Via ECF Notification

**Attorneys for Plaintiffs**

Sima Muroff
623 West Hays St.
Boise, ID 83702

*Pro Se*

☐ Via Messenger
☐ Via Facsimile
☒ Via U.S. Mail
☐ Via Electronic Mail (*per agreement*)
☐ Via ECF Notification

Sean T. Prosser, *admitted pro hac vice*
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
STProsser@mintz.com

☐ Via Messenger
☐ Via Facsimile
☐ Via U.S. Mail
☐ Via Electronic Mail (*per agreement*)
☒ Via ECF Notification

and

Roger D. Mellem, WSBA #14917
Adam Doupe, WSBA #55483
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
mellem@ryanlaw.com
doupe@ryanlaw.com

☐ Via Messenger
☐ Via Facsimile
☐ Via U.S. Mail
☐ Via Electronic Mail (*per agreement*)
☒ Via ECF Notification

**Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC and Idaho State Regional Center, LLC**

DATED this 17th day of September, 2020.

/s/ Molly Price
Molly Price, Legal Assistant

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM           - 3 -

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820