THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHI CHEN, et al.,

                Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION;
QUARTZBURG GOLD, LP; ISR
CAPITAL, LLC; IDAHO STATE
REGIONAL CENTER, LLC; and SIMA
MUROFF,

                Defendants.

No. 2:16-cv-01109-RSM

(Consolidated with No. 2:16-cv-01113-RSM)

**STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AGAINST U.S. BANK BY
PLAINTIFFS HUANG JINSONG AND
LI KE**

NOTE ON MOTION CALENDAR:

October 5, 2020

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**STIPULATION**

Pursuant to FRCP 41, Plaintiffs HUANG Jinsong and LI Ke and Defendant U.S. Bank National Association ("U.S. Bank"), by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by Plaintiffs HUANG Jinsong and LI Ke against U.S. Bank in this action shall be dismissed with prejudice, and without fees or costs to any party.  For clarity, no claims by Plaintiffs HUANG Jinsong and LI Ke against parties other than U.S. Bank, and no claims by any Plaintiffs other than HUANG Jinsong and LI Ke, are affected by this Stipulation.  Plaintiffs HUANG Jinsong and LI Ke and Defendant U.S. Bank jointly request entry of the Order below.

SO STIPULATED this 5th day of October 2020.

| | |
|---|---|
| /s/ Shawn Larsen-Bright | /s/ Jihee Ahn |
| Jeremy Larson, WSBA #22125 | Jihee Ahn, WSBA #56012 |
| Shawn Larsen-Bright, WSBA #37066 | John McDonald *admitted pro hac vice* |
| Dorsey & Whitney LLP | Harris Bricken Sliwoski LLP |
| 701 Fifth Avenue, Suite 6100 | 600 Stewart Street, Suite 1200 |
| Seattle, WA 98104-7043 | Seattle, WA 98101 |
| Tel: (206) 903-8800 | Tel: (206) 224-5657 |
| larson.jake@dorsey.com | jihee@harrisbricken.com |
| larsen.bright.shawn@dorsey.com | john.mcdonald@harrisbricken.com |
| | |
| *Attorneys for U.S. Bank National Association* | *Attorneys for Plaintiffs* |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE          - 1 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Plaintiffs HUANG Jinsong and LI Ke against U.S. Bank National Association in this action shall be and are hereby dismissed with prejudice, and without fees or costs to any party.  No claims by Plaintiffs HUANG Jinsong and LI Ke against parties other than U.S. Bank National Association, and no claims by any Plaintiffs other than HUANG Jinsong and LI Ke, are affected by this Order.

IT IS SO ORDERED this 8th day of October, 2020.

_____

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM

- 2 -

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| Daniel P. Harris, WSBA #16778<br>Jihee Ahn, *admitted pro hac vice*<br>John McDonald, *admitted pro hac vice*<br>Harris Bricken<br>600 Stewart Street, Suite 1200<br>Seattle, WA  98101<br><br>dan@harrisbricken.com<br>jihee@harrisbricken.com<br>john.mcdonald@harrisbricken.com<br><br>***Attorneys for Plaintiffs*** | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |
| Sima Muroff<br>623 West Hays St.<br>Boise, ID 83702<br><br>***Pro Se*** | ☐ Via Messenger<br>☐ Via Facsimile<br>☒ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☐ Via ECF Notification |
| Sean T. Prosser, *admitted pro hac vice*<br>Mintz, Levin, Cohn, Ferris, Glovsky &  Popeo<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA  92130<br>STProsser@mintz.com<br><br>    *and* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |
| Roger D. Mellem, WSBA #14917<br>Adam Doupe, WSBA #55483<br>Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington  98101-3034<br>mellem@ryanlaw.com<br>doupe@ryanlaw.com<br><br>***Attorneys for Defendants Quartzburg Gold, LP,<br>ISR Capital LLC and Idaho State Regional<br>Center, LLC*** | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |

DATED this 5th day of October, 2020.

*/s/ Molly Price*
_____
Molly Price, Legal Assistant

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE     - 3 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820