THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>           Defendants. | No. 2:16-cv-01109-RSM<br><br>(Consolidated with No. 2:16-cv-01113-RSM)<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST U.S. BANK BY PLAINTIFFS LEI HESHENG, LIU HUAIJIN, WANG JINGUO, AND ZHOU QUAN**<br><br>NOTE ON MOTION CALENDAR:<br><br>October 8, 2020 |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# STIPULATION

Pursuant to FRCP 41, Plaintiffs LEI Hesheng, LIU Huaijin, WANG Jinguo, and ZHOU Quan and Defendant U.S. Bank National Association ("U.S. Bank"), by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by Plaintiffs LEI Hesheng, LIU Huaijin, WANG Jinguo, and ZHOU Quan against U.S. Bank in this action shall be dismissed with prejudice, and without fees or costs to any party.  For clarity, no claims by Plaintiffs LEI Hesheng, LIU Huaijin, WANG Jinguo, and ZHOU Quan against parties other than U.S. Bank, and no claims by any Plaintiffs other than LEI Hesheng, LIU Huaijin, WANG Jinguo, and ZHOU Quan, are affected by this Stipulation.  Plaintiffs LEI Hesheng, LIU Huaijin, WANG Jinguo, and ZHOU Quan and Defendant U.S. Bank jointly request entry of the Order below.

SO STIPULATED this 8th day of October 2020.

| | |
|---|---|
| /s/ Shawn Larsen-Bright | /s/ Jihee Ahn |
| Jeremy Larson, WSBA #22125 | Jihee Ahn, WSBA #56012 |
| Shawn Larsen-Bright, WSBA #37066 | John McDonald *admitted pro hac vice* |
| Dorsey & Whitney LLP | Harris Bricken Sliwoski LLP |
| 701 Fifth Avenue, Suite 6100 | 600 Stewart Street, Suite 1200 |
| Seattle, WA 98104-7043 | Seattle, WA 98101 |
| Tel: (206) 903-8800 | Tel: (206) 224-5657 |
| larson.jake@dorsey.com | jihee@harrisbricken.com |
| larsen.bright.shawn@dorsey.com | john.mcdonald@harrisbricken.com |
| *Attorneys for U.S. Bank National Association* | *Attorneys for Plaintiffs* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM
- 1 -

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Plaintiffs LEI Hesheng, LIU Huaijin, WANG Jinguo, and ZHOU Quan against U.S. Bank National Association in this action shall be and are hereby dismissed with prejudice, and without fees or costs to any party. No claims by Plaintiffs LEI Hesheng, LIU Huaijin, WANG Jinguo, and ZHOU Quan against parties other than U.S. Bank National Association, and no claims by any Plaintiffs other than LEI Hesheng, LIU Huaijin, WANG Jinguo, and ZHOU Quan, are affected by this Order.

IT IS SO ORDERED this 13th day of October, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE      - 2 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| Daniel P. Harris, WSBA #16778<br>Jihee Ahn, *admitted pro hac vice*<br>John McDonald, *admitted pro hac vice*<br>Harris Bricken<br>600 Stewart Street, Suite 1200<br>Seattle, WA 98101<br><br>dan@harrisbricken.com<br>jihee@harrisbricken.com<br>john.mcdonald@harrisbricken.com<br>**Attorneys for Plaintiffs** | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |
| Sima Muroff<br>623 West Hays St.<br>Boise, ID 83702<br>***Pro Se*** | ☐ Via Messenger<br>☐ Via Facsimile<br>☒ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☐ Via ECF Notification |
| Sean T. Prosser, *admitted pro hac vice*<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>STProsser@mintz.com<br><br>   and<br><br>Roger D. Mellem, WSBA #14917<br>Adam Doupe, WSBA #55483<br>Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington 98101-3034<br>mellem@ryanlaw.com<br>doupe@ryanlaw.com<br><br>**Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC and Idaho State Regional Center, LLC** | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification<br><br><br><br>☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |

DATED this 8th day of October, 2020.

*/s/ Molly Price*
Molly Price, Legal Assistant

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM      - 3 -

**DORSEY & WHITNEY LLP**
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820