THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHI CHEN, et al.,

               Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION;
QUARTZBURG GOLD, LP; ISR
CAPITAL, LLC; IDAHO STATE
REGIONAL CENTER, LLC; and SIMA
MUROFF,

               Defendants.

No. 2:16-cv-01109-RSM

(Consolidated with No. 2:16-cv-01113-RSM)

**STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AGAINST U.S. BANK BY
PLAINTIFFS CHEN XIANGLI AND LI
XINGJUN**

NOTE ON MOTION CALENDAR:

October 20, 2020

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## STIPULATION

Pursuant to FRCP 41, Plaintiffs CHEN Xiangli and LI Xingjun and Defendant U.S. Bank National Association ("U.S. Bank"), by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by Plaintiffs CHEN Xiangli and LI Xingjun against U.S. Bank in this action shall be dismissed with prejudice, and without fees or costs to any party.  For clarity, no claims by Plaintiffs CHEN Xiangli and LI Xingjun against parties other than U.S. Bank, and no claims by any Plaintiffs other than CHEN Xiangli and LI Xingjun, are affected by this Stipulation.  Plaintiffs CHEN Xiangli and LI Xingjun and Defendant U.S. Bank jointly request entry of the Order below.

SO STIPULATED this 20th day of October 2020.

/s/ Shawn Larsen-Bright
Jeremy Larson, WSBA #22125
Shawn Larsen-Bright, WSBA #37066
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Tel: (206) 903-8800
larson.jake@dorsey.com
larsen.bright.shawn@dorsey.com

*Attorneys for U.S. Bank National Association*

/s/ Jihee Ahn
Jihee Ahn, WSBA #56012
John McDonald *admitted pro hac vice*
Harris Bricken Sliwoski LLP
600 Stewart Street, Suite 1200
Seattle, WA 98101
Tel: (206) 224-5657
jihee@harrisbricken.com
john.mcdonald@harrisbricken.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE          - 1 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Plaintiffs CHEN Xiangli and LI Xingjun against U.S. Bank National Association in this action shall be and are hereby dismissed with prejudice, and without fees or costs to any party. No claims by Plaintiffs CHEN Xiangli and LI Xingjun against parties other than U.S. Bank National Association, and no claims by any Plaintiffs other than CHEN Xiangli and LI Xingjun, are affected by this Order.

IT IS SO ORDERED this 22nd day of October, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE                    - 2 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| Daniel P. Harris, WSBA #16778<br>Jihee Ahn, *admitted pro hac vice*<br>John McDonald, *admitted pro hac vice*<br>Harris Bricken<br>600 Stewart Street, Suite 1200<br>Seattle, WA 98101<br><br>dan@harrisbricken.com<br>jihee@harrisbricken.com<br>john.mcdonald@harrisbricken.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |
| Daniel M. Weiskopf, WSBA No. 44941<br>Ai-Li Chiong-Martinson, WSBA No. 53359<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br><br>dweiskopf@mcnaul.com<br>achiongmartinson@mcnaul.com<br>***Attorneys for Plaintiffs*** | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |
| Sima Muroff<br>623 West Hays St.<br>Boise, ID 83702<br>***Pro Se*** | ☐ Via Messenger<br>☐ Via Facsimile<br>☒ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☐ Via ECF Notification |
| Sean T. Prosser, *admitted pro hac vice*<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>STProsser@mintz.com<br>        *and* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |
| Roger D. Mellem, WSBA #14917<br>Adam Doupe, WSBA #55483<br>Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington 98101-3034<br>mellem@ryanlaw.com<br>doupe@ryanlaw.com<br>***Attorneys for Defendants Quartzburg Gold, LP,***<br>***ISR Capital LLC and Idaho State Regional***<br>***Center, LLC*** | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |

DATED this 20th day of October, 2020.

/s/ Molly Price
Molly Price, Legal Assistant

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820