The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, ET AL.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, ET AL.,<br><br>            Defendants. | Case No.  CV 2:16-cv-1109 RSM<br><br>ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS YIN YIJUN, LI TIEYIN, MAO RUI, ZHANG ZHIHONG, LIU ZHONGFA, QING YUNFENG, CHEN XIAOBO, TAO RUIPING, TANG HAILAN, TANG LING, ZHAO QIANG, LI CHENMIN, SONG YAO, JIANG JIAPING, LI MING, HUANG MIN, FAN BINGXIN, AND YIN XIAOLIN<br><br>**Note on Motion Calendar:**<br>**November 6, 2020** |

ORDER ON MOTION TO WITHDRAW AS COUNSEL
(W. D. Wash. Case No. CV 16-1109 RSM)

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA  98101
Phone: (206) 224-5657

THIS MATTER comes before the Court by motion of Harris Bricken Sliwoski, LLP ("Harris Bricken"). Harris Bricken seeks leave to withdraw as counsel for Plaintiffs Yin Yijun, Li Tieyin, Mao Rui, Zhang Zhihong, Liu Zhongfa, Qing Yunfeng, Chen Xiaobo, Tao Ruiping, Tang Hailan, Tang Ling, Zhao Qiang, Li Chenmin, Song Yao, Jiang Jiaping, Li Ming, Huang Min, Fan Bingxin, and Yin Xiaolin.

Harris Bricken's Motion is brought under W. D. Wash. Local Rule 83.2(b)(1), and demonstrates that Plaintiffs Yin Yijun, Li Tieyin, Mao Rui, Zhang Zhihong, Liu Zhongfa, Qing Yunfeng, Chen Xiaobo, Tao Ruiping, Tang Hailan, Tang Ling, Zhao Qiang, Li Chenmin, Song Yao, Jiang Jiaping, Li Ming, Huang Min, Fan Bingxin, and Yin Xiaolin have retained new counsel for this matter.

The Court, having considered the pleadings submitted in relation to the Motion to Withdraw as Counsel for Plaintiffs Yin Yijun, Li Tieyin, Mao Rui, Zhang Zhihong, Liu Zhongfa, Qing Yunfeng, Chen Xiaobo, Tao Ruiping, Tang Hailan, Tang Ling, Zhao Qiang, Li Chenmin, Song Yao, Jiang Jiaping, Li Ming, Huang Min, Fan Bingxin, and Yin Xiaolin, hereby GRANTS leave for the requested withdrawal.

Harris Bricken, and its attorneys Daniel P. Harris, Jihee Ahn, and John McDonald will be noted by the Clerk of the Court as prior counsel for Plaintiff Yin Yijun, Li Tieyin, Mao Rui, Zhang Zhihong, Liu Zhongfa, Qing Yunfeng, Chen Xiaobo, Tao Ruiping, Tang Hailan, Tang Ling, Zhao Qiang, Li Chenmin, Song Yao, Jiang Jiaping, Li Ming, Huang Min, Fan Bingxin, and Yin Xiaolin.

SO ORDERED this 22nd day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO WITHDRAW AS COUNSEL
(W. D. Wash. Case No. CV 16-1109 RSM)

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA 98101
Phone: (206) 224-5657

1  Presented by:

2  **HARRIS BRICKEN SLIWOSKI, LLP**

3

4  By: */s/ Jihee Ahn*
   Daniel P. Harris, WSBA #16778
5  Jihee Ahn, WSBA #56012
   John B. McDonald, admitted *pro hac vice*
6  600 Stewart Street, Suite 1200
   Seattle, WA 98101
7  Tel: 206-224-5657
   Fax: 206-224-5659
8  dan@harrisbricken.com
   jihee@harrisbricken.com
9  john.mcdonald@harrisbricken.com

10
   Attorneys for Plaintiffs Chi Chen, et al
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ON MOTION TO WITHDRAW AS COUNSEL
(W. D. Wash. Case No. CV 16-1109 RSM)

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA 98101
Phone: (206) 224-5657

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Shawn J. Larsen-Bright<br>Jake Larson<br>Todd S. Fairchild<br>Ryan Meyer<br>DORSEY & WHITNEY LLP<br>Columbia Center<br>701 Fifth Ave., Ste. 6100<br>Seattle, WA 98104-7043<br>larsen.bright.shawn@dorsey.com<br>larson.jake@dorsey.com<br>fairchild.todd@dorsey.com<br>meyer.ryan@dorsey.com<br>*Attorneys for Defendant U.S. Bank National Association* | Roger D. Mellem<br>Adam Doupe<br>RYAN, SWANSON & CLEVELAND, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>mellem@ryanlaw.com<br>doupe@ryanlaw.com<br>*Attorneys for Defendants Quartzburg Gold, L.P., ISR Capital, LLC, and Idaho State Regional Center, LLC* |
| Sean T. Prosser (*pro hac vice*)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>stprosser@mintz.com<br>*Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC, and Idaho State Regional Center, LLC* | Dan Weiskopf<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>dweiskopf@mcnaul.com<br>*Attorneys for Plaintiffs Yin Yijun, Li Tieyin, Mao Rui, Zhang Zhihong, Liu Zhongfa, Qing Yunfeng, Chen Xiaobo, Tao Ruiping, Tang Hailan, Tang Ling, Zhao Qiang, Li Chenmin, Song Yao, Jiang Jiaping, Li Ming, Huang Min, Fan Bingxin, and Yin Xiaolin* |

I hereby certify that on this day I mailed the foregoing, via U.S. Mail, to the following:

| | |
|---|---|
| Sima Muroff<br>623 West Hays St.<br>Boise, ID 83702<br>*Pro se defendant* | |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct this 15th day of October 2020.

*/s/ Jihee Ahn*
Jihee Ahn, WSBA #56012

CERTIFICATE OF SERVICE – Page 1

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA 98101
Phone: (206) 224-5657