The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, ET AL.,<br><br>                Plaintiffs,<br><br>   vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, ET AL.,<br><br>                Defendants. | Case No.  2:16-cv-01109-RSM<br><br>(Consolidated with No. 2:16-cv-01113-RSM)<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; AND IDAHO STATE REGIONAL CENTER, LLC** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between Plaintiffs Xiaobo Chen, Bingxin Fan, Wenlan Huang, Jiaping Jiang, Chenmin Li, Ming Li, Tieyin Li, Zhongfa Liu, Rui Mao, Yunfeng Qing, Yao Song, Hailan Tang, Ling Tang, Ruiping Tao, Xiaolin Yin, Yijun Yin, Zhihong Zhang, Qiang Zhao ("Plaintiffs") and Defendants Quartzburg Gold, LP, ISR Capital, LLC, and Idaho State Regional Center, LLC (the "Quartzburg Defendants"), through their respective counsel, that Plaintiffs' claims against the Quartzburg Defendants may be dismissed without prejudice and without an award of attorney's fees or costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  Accordingly, Plaintiffs and the Quartzburg Defendants respectfully request that the Court enter the attached Order of Dismissal.

IT IS SO STIPULATED.

DATED this 14th day of December 2020.

STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST QUARTZBURG GOLD, LP, ISR CAPITAL, LLC, AND IDAHO STATE REGIONAL CENTER, LLC – Page 1
2:16-CV-01109-RSM

RYAN, SWANSON & CLEVELAND, PLLC
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101 | (206) 654-2234

**MCNAUL EBEL NAWROT & HELGREN, PLLC**

*/s/ Daniel M. Weiskopf*

Daniel M. Weiskopf (WSBA No. 44941)
Ai-Li Chiong-Martinson (WSBA No. 53359)
600 University Street, Suite 2700
Seattle, WA 98101
(206) 467-1816 Phone
dweiskopf@mcnaul.com
achiongmartinson@mcnaul.com

*Attorneys for Plaintiffs Yin Yijun, Li Tieyin, Mao Rui, Zhang Zhihong, Liu Zhongfa, Qing Yunfeng, Chen Xiaobo, Tao Ruiping, Tang Hailan, Tang Ling, Zhao Qiang, Li Chenmin, Song Yao, Jiang Jiaping, Li Ming, Huang Min, Fan Bingxin, and Yin Xiaolin*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.**

*/s/ Sean T. Prosser*

Sean T. Prosser (*pro hac vice*)
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
(858) 314-2152 Phone
stprosser@mintz.com

**RYAN, SWANSON & CLEVELAND, PLLC**

*/s/ Roger D. Mellem*

Roger D. Mellem
1201 Third Avenue, Suite 3400
Seattle, WA  98101-3034
(206) 654-2234 Phone
mellem@ryanlaw.com

*Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC, and Idaho State Regional Center, LLC*

STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST QUARTZBURG GOLD, LP, ISR CAPITAL, LLC, AND IDAHO STATE REGIONAL CENTER, LLC – Page 2
2:16-CV-01109-RSM

RYAN, SWANSON & CLEVELAND, PLLC
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101 | (206) 654-2234

# ORDER OF DISMISSAL

THIS MATTER having come on before the Court on the foregoing Stipulation, and the Court being fully advised in the premise;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that claims of Plaintiffs Xiaobo Chen, Bingxin Fan, Wenlan Huang, Jiaping Jiang, Chenmin Li, Ming Li, Tieyin Li, Zhongfa Liu, Rui Mao, Yunfeng Qing, Yao Song, Hailan Tang, Ling Tang, Ruiping Tao, Xiaolin Yin, Yijun Yin, Zhihong Zhang, Qiang Zhao against Defendants Quartzburg Gold, LP, ISR Capital, LLC, and Idaho State Regional Center, LLC are dismissed without prejudice and without an award of attorneys' fees or costs to either party.

DATED: December 18, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**MCNAUL EBEL NAWROT & HELGREN, PLLC**

*/s/ Daniel M. Weiskopf*
Daniel M. Weiskopf (WSBA No. 44941)
Ai-Li Chiong-Martinson (WSBA No. 53359)
600 University Street, Suite 2700
Seattle, WA 98101
(206) 467-1816 Phone
dweiskopf@mcnaul.com
achiongmartinson@mcnaul.com

*Attorneys for Plaintiffs Yin Yijun, Li Tieyin, Mao Rui, Zhang Zhihong, Liu Zhongfa, Qing Yunfeng, Chen Xiaobo, Tao Ruiping, Tang Hailan, Tang Ling, Zhao Qiang, Li Chenmin, Song Yao, Jiang*

STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST QUARTZBURG GOLD, LP, ISR CAPITAL, LLC, AND IDAHO STATE REGIONAL CENTER, LLC – Page 3
2:16-CV-01109-RSM

RYAN, SWANSON & CLEVELAND, PLLC
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101 | (206) 654-2234

1  
2  *Jiaping, Li Ming, Huang Min, Fan Bingxin, and Yin Xiaolin*

3  
4  **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.**

5  */s/ Sean T. Prosser*

Sean T. Prosser (*pro hac vice*)

6  3580 Carmel Mountain Road, Suite 300  
San Diego, CA  92130

7  (858) 314-2152 Phone  
stprosser@mintz.com

8  
9  **RYAN, SWANSON & CLEVELAND, PLLC**

10  */s/ Roger D. Mellem*

Roger D. Mellem

11  1201 Third Avenue, Suite 3400  
Seattle, WA  98101-3034

12  (206) 654-2234 Phone  
mellem@ryanlaw.com

13  
14  *Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC, and Idaho State Regional Center, LLC*

15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST QUARTZBURG GOLD, LP, ISR CAPITAL, LLC, AND IDAHO STATE REGIONAL CENTER, LLC – Page 4  
2:16-CV-01109-RSM

RYAN, SWANSON & CLEVELAND, PLLC  
1201 THIRD AVENUE, SUITE 3400  
SEATTLE, WA 98101 | (206) 654-2234

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on December 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users.  Also on December 15, 2020, said document was deposited, postage fully paid, with the U.S. Postal Service on the same day in the ordinary course of business as follows:

> Sima Muroff (*Pro se* defendant)
> 623 West Hays St.
> Boise, ID 83702

*/s/ Roger D. Mellem*
Roger D. Mellem

106334673v.1

CERTIFICATE OF SERVICE – Page 1
2:16-cv-01109-RSM

RYAN, SWANSON & CLEVELAND, PLLC
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101 | (206) 654-2234