THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF, <br><br> Defendants. | No. 2:16-cv-01109-RSM <br><br> (Consolidated with No. 2:16-cv-01113-RSM) <br><br> **STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST U.S. BANK BY PLAINTIFFS CHEN XIAOBO, FAN BINGXIN, HUANG MIN, JIANG JIAPING, LI CHENMIN, LI MING, LI TIEYIN, LIU ZHONGFA, MAO RUI, QING YUNFENG, SONG YAO, TANG HAILAN, TANG LING, TAO RUIPING, YIN XIAOLIN, YIN YIJUN, ZHANG ZHIHONG, AND ZHAO QIANG** <br><br> NOTE ON MOTION CALENDAR: <br><br> DECEMBER 30, 2020 |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# STIPULATION

Pursuant to FRCP 41, Plaintiffs CHEN Xiaobo, FAN Bingxin, HUANG Min, JIANG Jiaping, LI Chenmin, LI Ming, LI Tieyin, LIU Zhongfa, MAO Rui, QING Yunfeng, SONG Yao, TANG Hailan, TANG Ling, TAO Ruiping, YIN Xiaolin, YIN Yijun, ZHANG Zhihong, and ZHAO Qiang (collectively, the "Dismissing Plaintiffs") and Defendant U.S. Bank National Association ("U.S. Bank"), by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by the Dismissing Plaintiffs against U.S. Bank in this action shall be dismissed with prejudice, and without fees or costs to any party. For clarity, no claims by the Dismissing Plaintiffs against parties other than U.S. Bank, and no claims by any plaintiffs other than the Dismissing Plaintiffs, are affected by this Stipulation. The Dismissing Plaintiffs and Defendant U.S. Bank jointly request entry of the Order below.

SO STIPULATED this 29TH day of DECEMBER 2020.

| | |
|---|---|
| */s/ Shawn Larsen-Bright* | */s/ Daniel M. Weiskopf* |
| Shawn Larsen-Bright, WSBA #37066 | Daniel M. Weiskopf, WSBA #44941 |
| Dorsey & Whitney LLP | McNaul Ebel Nawrot & Helgren, PLLC |
| 701 Fifth Avenue, Suite 6100 | 600 University Street, Suite 2700 |
| Seattle, WA 98104-7043 | Seattle, WA 98101 |
| (206) 903-8800 | (206) 467-1816 |
| larsen.bright.shawn@dorsey.com | dweiskopf@mcnaul.com |
| *Attorneys for U.S. Bank National Association* | *Attorneys for Dismissing Plaintiffs* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE      - 1 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Plaintiffs CHEN Xiaobo, FAN Bingxin, HUANG Min, JIANG Jiaping, LI Chenmin, LI Ming, LI Tieyin, LIU Zhongfa, MAO Rui, QING Yunfeng, SONG Yao, TANG Hailan, TANG Ling, TAO Ruiping, YIN Xiaolin, YIN Yijun, ZHANG Zhihong, and ZHAO Qiang (the "Dismissing Plaintiffs") against U.S. Bank National Association in this action shall be and are hereby dismissed with prejudice, and without fees or costs to any party.

No claims by the Dismissing Plaintiffs against parties other than U.S. Bank National Association, and no claims by any plaintiffs other than the Dismissing Plaintiffs, are affected by this Order.

IT IS SO ORDERED this 30th day of December, 2020.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE    - 2 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record using CM/ECF.

DATED this 30th day of December, 2020.

*/s/ Molly Price*
Molly Price, Legal Assistant

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE     - 3 -
NO. 2:16-cv-01109-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820