1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI CHEN, et al., | Case No. C16-1109RSM |
| Plaintiffs, | ORDER OF DISMISSAL OF CERTAIN PLAINTIFFS' CLAIMS AGAINST DEFENDANTS QUARTZBURG GOLD, LP, ISR CAPITAL, LLC, AND IDAHO STATE REGIONAL CENTER, LLC |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

This matter comes before the Court on the parties' October 29, 2020, Stipulation and Proposed Order of Dismissal dismissing claims brought by the following Plaintiffs against Defendants Quartzburg Gold, LP, ISR Capital, LLC, and Idaho State Regional Center, LLC. Dkt. #367.  Having reviewed the stipulation, the February 3, 2021, Joint Status Report, and the remainder of the record, the Court hereby FINDS and ORDERS that Plaintiffs Qingbin Bu, Pi-Chuan Chang, Pi-Shan Chang, Chi Chen, Meilan Chen, Shuqin Chen, Xiangli Chen, Yiqin Chen, Weiyi Dai, Xiaoyang Di, Rui Fan, Zhen Fan, Zhe Feng, Jiuyi Geng, Qiang Guo, Yan Guo, Bei Huang, Bing Huang, Jinsong Huang, Qing Huang, Wenlan Huang, Shuangyan Jia, Zhongjiao Jiang, Xiaowen Jin, Hesheng Lei, Chungfeng Li, Danli Li, Jinghan Li, Ke Li, Qiang Li, Xiankun Li, Xingjun Li, Huaijin Liu, Yun Liu, Zhimeng Liu, Cheng Luo, Yurong Ni, Xiaowen Pan, Tengyao Song, Xiaoli Song, Liping Sun, Shizhu Tang, Manshan Tong, Mingjen

ORDER OF DISMISSAL - 1

Tsai, Jinguo Wang, Peilin Wu, Yipeng Wu, Jie Xiong, Chen Xuan, Chen Yan, Xiaoshu Yang, Xiuqin Yang, Zhaohui Ye, Lu Yu, Junhong Zhang, Shizhe Zhang, Yanyi Zhao, Zhongmei Zhao, Wenquan Zhi, Quan Zhou, Zhou Dianyi, Jiayin Zhu, and Xiaoyu Zhu's claims against Defendants Quartzburg Gold, LP, ISR Capital, LLC, and Idaho State Regional Center, LLC are dismissed without prejudice and without an award of attorneys' fees or costs to either party.

DATED this 4th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE